```
 1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF PENNSYLVANIA
 2
    UNITED STATES OF AMERICA     ) 2:14-cr-00036-JS-1
 3                               ) Philadelphia, PA
                  Plaintiff,     )
 4                               )
         vs.                     )
 5                               )
    MATTHEW KRAPF,               ) October 27, 2014
 6            Defendant.         ) 11:05 a.m.
 7          TRANSCRIPT OF GUILTY PLEA HEARING
          BEFORE THE HONORABLE JUAN R. SANCHEZ
 8          UNITED STATES DISTRICT COURT JUDGE
 9  APPEARANCES:
10  For the Plaintiff:  MICHELLE ROTELLA, AUSA
                        U.S. ATTORNEY'S OFFICE
11                      615 Chestnut Street, Suite 1250
                        Philadelphia, PA 19106
12                      (215) 861-8471
                        michelle.rotella@usdoj.gov
13
    For the Defendant:  MARTIN I. ISENBERG, ESQUIRE
14                      LAW OFFICE OF MARTIN I. ISENBERG
                        Two Penn Center Plaza, Suite 1040
15                      Philadelphia, PA 19102
                        (215) 574-2010
16                      misenbergesq@comcast.net
17
    ESR OPERATOR:       PATRICK KELLY
18
    TRANSCRIBER:        JUDI Y. OLSEN, RPR
19
20
    (Proceedings recorded by electronic sound recording,
21  transcript produced by transcription service.)
22
23          VERITEXT NATIONAL COURT REPORTING COMPANY
                  MID-ATLANTIC REGION
24          1801 Market Street - Suite 1800
                  Philadelphia, PA  19103
25                  (888) 777-6690
```

```
 1                    I N D E X

 2                                              PAGE

 3    COLLOQUY                                     3

 4

 5

 6

 7

 8

 9

10                  E X H I B I T S

                                            MARKED

11    NUMBER     DESCRIPTION                FOR ID

12    (None marked.)

13                      -   -   -

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        - - -

2                    THE COURT:  This is the matter of United

3   States of America versus Matthew Krapf, Criminal

4   Number 14-469.

5                    The court recognizes the Assistant

6   United States Attorney Michelle Rotella.

7                    MS. ROTELLA:  Good morning, Your Honor.

8                    THE COURT:  Good morning.

9                    And seated next to Attorney Rotella is

10  special agent, Emily Evans.

11                   SPECIAL AGENT EVANS:  Good morning, Your

12  Honor.

13                   THE COURT:  Good morning.

14                   The court also recognizes defense

15  counsel, Mr. Martin Isenberg.

16                   MR. ISENBERG:  Nice to see Your Honor

17  this morning.

18                   THE COURT:  Nice to --

19                   MR. ISENBERG:  Good morning.

20                   THE COURT:  Nice to see you as well.

21                   And next to Mr. Isenberg is the

22  defendant, Mr. Krapf.

23                   THE DEFENDANT:  Good morning, Your

24  Honor.

25                   THE COURT:  I think that includes

Page 4

1    everybody who needs to be in front of me.

2                    It's going to be a little while,

3    Mr. Krapf.

4                    So if I understand it correctly, back on

5    January 23, 2014, this defendant, Mr. Matthew Krapf,

6    was indicted with ten counts of using or inducing

7    a child to produce child pornography images and

8    aiding and abetting, in violation of Title 18,

9    Section 2251(a)(1) [sic] and Section 2251(e) and

10   Title 2 [sic], Section 2.

11                   He was also charged with ten counts of

12   use of interstate commerce facility to entice a

13   minor to engage in sexual conduct, in violation of

14   Title 18, Section 22 -- 24(a) -- I'm sorry -- 22(b),

15   and three counts of distribution of child

16   pornography, in violation of Title 18, Section

17   2252(a)(2), and one count of possession of child

18   pornography, in violation of Title 18, Section

19   2252(a)(4)(B).

20                   It is my understanding that this

21   defendant intends to plead guilty to the indictment

22   charging him with the ten counts, Counts 1 through 10

23   for a violation of Title 18, Section 2251(a) and

24   2251(e) and Section 2; also with Counts 11 through

25   20, in violation of Title 18, Section 2422(b); and

Page 5

1    Counts 21 through 23, in violation of Title 18,

2    Section 2252(a)(2); and, lastly, with Count 24, in

3    violation of Title 18, Section 2252(a)(4)(B), all

4    arising from defendant's sexual exploitation of five

5    minor teenage boys.

6                    Do I understand that correctly, Attorney

7    Rotella?

8                    MS. ROTELLA:  Yes, Your Honor.

9                    THE COURT:  Is that --

10                   MR. ISENBERG:  Yes, Your Honor.

11                   THE COURT:  All right.  Very well.

12                   And I believe that you have the

13   government's change of plea as well as the guilty

14   plea agreement and the acknowledgement of rights.

15                   MR. ISENBERG:  Thank you, Judge.

16                   THE COURT:  You have that in front of

17   you, right?

18                   MR. ISENBERG:  Oh, I do, Judge.  I think

19   Ms. Rotella has the original, Judge.

20                   THE COURT:  All right.

21                   MR. ISENBERG:  And we have a copy in

22   front of us.

23                   THE COURT:  Very well.

24                   Attorney Rotella, would you give

25   defendant the copy of the original guilty plea, the

1   government's change of plea memorandum, as well as

2   the Acknowledge of Rights, because I'm going to have

3   a conversation with him on the record to make sure

4   that he understands what he's doing here today.

5                   MR. ISENBERG:  And, Judge, for the

6   record, Ms. Rotella did give that to me, and I'll

7   have it in front of Mr. Krapf for his review.

8                   THE COURT:  Okay.

9                   MR. ISENBERG:  Thank you, Judge.

10                  THE COURT:  So I'm going to have

11  Mr. Krapf sworn in.  So I'm going to ask my deputy,

12  Mr. Patrick Kelly, to swear him in.

13                  And then I'll have some questions,

14  Mr. Krapf.

15                  COURTROOM DEPUTY:  Please raise your

16  right hand.

17                          -  -  -

18                  (DEFENDANT, SWORN.)

19                          -  -  -

20                  COURTROOM DEPUTY:  Please state your

21  full name and spell your last name for the record,

22  please?

23                  THE DEFENDANT:  It's Matthew Donald

24  Krapf, spelled K-r-a-p, as in Peter, F, as in Frank.

25                  COURTROOM DEPUTY:  Thank you.

1          THE COURT:  All right.  You may be

2   seated, Mr. Krapf.  It's going to be about 40 -- 40

3   minutes for us to conclude this proceeding.

4          And you know why you're here?

5          THE DEFENDANT:  Yes, Your Honor.

6          THE COURT:  You understand that before I

7   allow you to plead guilty to the indictment -- the

8   counts in the indictment, I need to be satisfied

9   that, number one, you're competent; number two, you

10  understand the nature of charges pending against

11  you -- that you understand the charges, the elements

12  of the offense, the maximum penalties?

13         And I also need to be -- to be satisfied

14  that independent of your decision to plead guilty,

15  the government has enough evidence to support the

16  charges.  You understand that?

17         THE DEFENDANT:  Yes, Your Honor.

18         THE COURT:  So you were just sworn.  Do

19  you understand your obligation to answer all my

20  questions truthfully and completely?

21         THE DEFENDANT:  Absolutely, Your Honor.

22         THE COURT:  You know if you lie to me in

23  any shape, way, or form your lies could be the basis

24  of a prosecution for perjury or false statements?

25  You understand that?

Page 8

1                    THE DEFENDANT:  I do, Your Honor.

2                    THE COURT:  If at any point in time you

3    do not understand my questions, just let me know, and

4    I'll try to rephrase them.

5                    THE DEFENDANT:  I will, Your Honor.

6                    THE COURT:  And if at any time before

7    you answer a question you need to speak to Attorney

8    Isenberg, just let me know, and I will give you that

9    opportunity.

10                   THE DEFENDANT:  I appreciate that, Your

11   Honor.

12                   THE COURT:  Before I -- I take your

13   guilty plea, I need to find out some background

14   information about you.  And then what I would like to

15   do is discuss the three documents with you that the

16   government and your lawyer have presented me.  Okay?

17                   THE DEFENDANT:  Yes, Your Honor.

18                   THE COURT:  By way of background, your

19   full legal name is Matthew Krapf, Krapf with an F,

20   right?

21                   THE DEFENDANT:  Yes, sir.  Yes, Your

22   Honor.

23                   THE COURT:  And have you used any other

24   names?

25                   THE DEFENDANT:  I have not.

1                 THE COURT:  How old are you today?

2                 THE DEFENDANT:  I am 44 today -- well, I

3    am 44 as we speak.

4                 THE COURT:  44 years of age?

5                 THE DEFENDANT:  Yes.

6                 THE COURT:  And could you tell me a

7    little bit about -- you know, how far did you go in

8    school?

9                 THE DEFENDANT:  I went all the way up

10   but for a few credits with my bachelor's degree from

11   Syracuse University.

12                THE COURT:  You never -- you never got

13   your B.A. from Syracuse University?

14                THE DEFENDANT:  I didn't -- I didn't

15   conclude the work.  There was some snafus with some

16   lost notebooks and things like that, and I had

17   already moved to -- to take a job and career in

18   Florida.

19                And then years and then decades

20   followed, where the lost materials couldn't be made

21   up, and I would have to move back to New York to --

22   this was pre-Internet days, Your Honor --

23                THE COURT:  All right.

24                THE DEFENDANT:  -- to -- to have to --

25   to have retaken those classes.  And I -- I did not at

1    the -- in the -- in that era.

2                    About -- oh, geez, about three -- about

3    three -- two or three years ago, I did actually reach

4    out to Syracuse to begin proceedings to try to --

5    thanks to the Internet and other technical means --

6    to -- to resume and conclude my degree --

7                    THE COURT:  Okay.

8                    THE DEFENDANT:  -- course of study.

9                    THE COURT:  So --

10                    THE DEFENDANT:  But that didn't come to

11    fruition.

12                    THE COURT:  So let -- let's -- let's pin

13    it down a little bit.  When did you last attend

14    Syracuse University?

15                    THE DEFENDANT:  1993.

16                    THE COURT:  1993?  And in -- in 1993,

17    you had completed how many semesters, or how far were

18    you along?

19                    THE DEFENDANT:  All but, I think, 11

20    credit hours.  So one -- less -- less than one

21    semester's worth of work.

22                    THE COURT:  So you needed one semester

23    to get your Bachelor's of Arts degree?

24                    THE DEFENDANT:  Yes.

25                    THE COURT:  That was in '93.

1  Fast-forward.  Today -- about three years ago, you

2  tried to make a connection with the university to try

3  to complete your -- your B.A.?

4                THE DEFENDANT:  Yeah.  It was -- well,

5  there -- there was a -- a point about ten years ago

6  where I had initiated it and found that -- that it

7  was possible, of course, but cumbersome, and -- and I

8  wasn't able to avail myself of that opportunity -- or

9  at least, at that time.

10               And so, then, about two years ago -- it

11  might be bordering on three -- I did reach out again,

12  and, you know, they gave me to -- to understand

13  it's -- while much of the faculty and even the

14  curriculum has evolved and/or changed, that there's

15  ways that we can move forward and -- and -- and

16  probably achieve an -- an equivalent, if not exactly

17  the same degree --

18               THE COURT:  All right.

19               THE DEFENDANT:  -- which would have been

20  a B.A. in human resource management.

21               THE COURT:  Bachelor's of Arts in human

22  resource management?  All right.

23               And that was in -- in '93, when you lost

24  contact --

25               THE DEFENDANT:  Initially --

1                    THE COURT:  -- or had last contact with

2    school, right?

3                    THE DEFENDANT:  Yeah, right.

4                    THE COURT:  From '93, you -- you

5    indicated you did not complete your studies because

6    you went on to work.  Tell me a little bit about what

7    you did following your leaving school.  What kind of

8    work?

9                    THE DEFENDANT:  I -- I resumed a job

10   that I started as a college intern down in Walt

11   Disney World in Orlando.  Having been there as an

12   intern, I had entree to, you know, employment, and --

13   and I was already an employee.  And I went down there

14   and began as an hourly employee with the intent

15   towards working my way into their salary management

16   program.

17                    But for three to four years -- I guess

18   three years -- I did just that, working a number of

19   hourly jobs as tour guides, VIP tour guides,

20   trainers, began my longstanding career of -- of

21   training and teaching.

22                    THE COURT:  Where?  At -- in Walt

23   Disney?

24                    THE DEFENDANT:  There and then, also,

25   later on -- but that was the first place that I -- I

Page 13

 1   was a -- a trainer, yeah --

 2                    THE COURT:  Okay.  For --

 3                    THE DEFENDANT:  -- trained as a trainer

 4   and then --

 5                    THE COURT:  For -- for how long did you

 6   work there as a trainer?

 7                    THE DEFENDANT:  Year and a half to two

 8   years.

 9                    THE COURT:  And then what have you been

10   doing since that time?

11                    THE DEFENDANT:  After some downturn in

12   the economy and there was a freeze on hiring into the

13   management -- the salaried management program and at

14   the risk of -- of stagnation, I took a second job at

15   a local grocery store, moved into, like, an assistant

16   manager role in terms of customer service.  It was --

17   customer service management was the role.

18                    And then after some time, there just

19   seemed to be a [indiscernible] on the likelihood of a

20   successful career, you know, down in Florida, and at

21   the encouragement of my family, my parents, I moved

22   back to this area, where I was born and raised, in

23   Montgomery County.  This would have been about '90 --

24   late '95 or early '96.

25                    And then in not -- for about six months,

1    I did some temp work for McCallion Staffing, working

2    at Ford Electronics in Lansdale and ACTS -- a

3    retirement community -- executive offices in Lansdale

4    in procurement.

5                    And -- but then I was able to land a

6    good job at Unisys Corporation, Unisys in Blue Bell.

7                    THE COURT:  And where -- what time

8    periods were you working there, at Unisys?

9                    THE DEFENDANT:  I'm sorry?

10                   THE COURT:  When -- when were you

11   working there?

12                   THE DEFENDANT:  Oh, well, from --

13                   THE COURT:  You -- you landed a job

14   there.  For --

15                   THE DEFENDANT:  Right.

16                   THE COURT:  For how long?

17                   THE DEFENDANT:  1996 -- just short of

18   ten years.  They laid me off.  So it was nine years

19   and -- and change.

20                   THE COURT:  So around -- from '96 to

21   2005?

22                   THE DEFENDANT:  Yes, sir.  Yes, Your

23   Honor.

24                   THE COURT:  What were you doing?  What

25   was your job description at Unisys?

1                    THE DEFENDANT:  I started out as, again,

2    a credit and collections analyst, handling, you know,

3    millions of dollars' worth of -- of receivables that

4    Unisys had on the books and, you know, reaching out

5    to our customers or clients and vendors and -- and,

6    you know, colleague corporations to -- to -- to try

7    to solicit the return of those funds.

8                    I was very successful.  Quarter in,

9    quarter out, earned every achievement bonus and --

10   you know, I never missed a target.

11                   Whilst in that role over two years, I

12   guess I was recognized by a fellow -- or a manager in

13   another department and recruited into a small

14   organization to help facilitate a very large,

15   systematic software implementation and process change

16   at Unisys.

17                   We were implementing Oracle applications

18   over some pre-existing databases.  And it was a

19   multimillion dollar operation, many years in the

20   making, and I became part of the -- the -- the

21   rollout and transition team.

22                   THE COURT:  Is that while at Unisys?

23                   THE DEFENDANT:  While at Unisys, yes,

24   sir.

25                   THE COURT:  Okay.

1                    THE DEFENDANT:  This was about -- in my

2    third year there.

3                    During the next year --

4                    THE COURT:  Following Unisys?

5                    THE DEFENDANT:  No, no.  Do you want me

6    to elaborate further on Unisys?

7                    THE COURT:  Well, I -- I want you to

8    just sketch your resume a little bit.

9                    THE DEFENDANT:  Oh, okay.

10                   THE COURT:  I -- I know that you --

11   you're --

12                   THE DEFENDANT:  So ten years of

13   Unisys --

14                   THE COURT:  Hold on a minute.  Let me --

15   we can't talk at the same time.

16                   THE DEFENDANT:  My apologies, Your

17   Honor.

18                   THE COURT:  I know that you're sketching

19   out what your responsibilities were, but if I

20   understand it correctly, you were working for Unisys

21   from '96 or thereabout to 2006, right?

22                   THE DEFENDANT:  Yes, sir.  Yes, Your

23   Honor.

24                   THE COURT:  And you -- you -- it

25   appears, from your statement to the court, that you

1  had a -- a position of a lot of responsibility in --

2  in the management of some accounts within the

3  company.  Right?

4          THE DEFENDANT:  For the first two years,

5  yes, until I transitioned to a new role.

6          THE COURT:  All right.  Now, when you

7  left Unisys, from 2006, until the time you were

8  arrested in the case -- in this case, what kind of a

9  job or employment were you engaged in?

10          THE DEFENDANT:  I went into consulting

11  for, basically, private practice, but then I was --

12  at least, that was my intent.  I ended up getting

13  hired for some consulting companies as a W-2 -- as a

14  full-time employee, and I was placed at Merck Sharp &

15  Dohme for three years, also training, running

16  software implementations, and then, also, supporting

17  the same software systems that my -- my -- myself and

18  my team had implemented.

19          So -- and I was working with a staff,

20  had a staff, and then was the lead for a couple of

21  different applications at Merck Sharp & Dohme.

22          After three years, that contract

23  relationship came to an end.  We had met all of

24  our -- our -- our target and goals, and so then I

25  sought another position.

1          And after some time -- at this point,

2    due to some -- some difficulty on my -- in my own

3    circumstance, it took me a little over a year to find

4    another position.  But it was a good one, with --

5    Exelon, I think, came next.

6               THE COURT:  What were you doing for

7    Exelon?

8               THE DEFENDANT:  Similar work, sir.  It

9    was a consulting analyst to help roll out new

10   softwares and processes as well as train hundreds of

11   their employees in these new processes and the

12   software to -- to -- to maintain those processes.

13          So I went in there, learned the software

14   package that they wanted to use sufficient that I

15   could teach it, and then we implemented this --

16   this -- this -- this package and attendant processes

17   to help improve their regulatory compliance, which

18   was -- had been discovered to be deficient by other

19   parties.  And so that was our goal.

20          And it was in less than a year -- ten

21   months that I was there --

22               THE COURT:  So that -- that, roughly,

23   brings me to 2010.  From 2010 to the present, what

24   were you doing, just immediately before you were

25   arrested in this case?

Page 19

1                    THE DEFENDANT:  Just immediately before

2    I was arrested in the state, I was actually working

3    at Best Buy in an hourly role, in an hourly retail

4    role.

5                    THE COURT:  For how long had you been at

6    Best Buy?

7                    THE DEFENDANT:  At the time of my

8    arrest, it would have been -- I would have just

9    triggered -- tripped six months, Your Honor.

10                    THE COURT:  Okay.  So between the job at

11   Exelon and Best Buy, what type of other work were you

12   doing?

13                    THE DEFENDANT:  At that time, I was --

14   and -- and -- you know, had been in the throes of --

15   of severe depression and -- and bipolarity, and I

16   was -- you know, some of which had contributed to my,

17   you know, failure to renew or re-up my contract

18   with -- with Exelon.  And -- so some despondency and,

19   also, some -- some energy issues.

20                    I languished for maybe, again, another

21   year or more before finding a position with the

22   company -- one of my -- of -- a friend of mine owns a

23   number of companies.  One of these is a campground in

24   the Poconos, and I -- I took on several months of

25   hourly work there to maintain some income and, you

1    know, to maintain my household and -- and what have

2    you.

3                  At the end of their season, you know,

4    that work ended.  That's just seasonal work,

5    actually, and -- and I wasn't working for -- again,

6    for several months and accruing debt.

7                  But then, finally, you know, I -- I -- I

8    reached out to Best Buy, and they were eager and --

9    and willing to have me, and I --

10                  THE COURT:  Very well.  I'm going to ask

11   you to move the microphone a little closer to you.

12                  THE DEFENDANT:  My apologies.

13                  THE COURT:  No, no need to apologize.

14   Just move it a little closer to you so that I can

15   hear you a little bit better.

16                  All right.  So we -- we sort of sketched

17   out your -- your employment history since 1993, so to

18   speak.

19                  And fair to say that although you didn't

20   complete your Bachelor of Arts degree, you have some

21   college, and you were working as a consultant so --

22   for companies dealing with software and programs, and

23   you have people that -- you were part of a team, and

24   you have people that you led?

25                  THE DEFENDANT:  Yes, Your Honor.

Page 21

1          THE COURT:  And gave instructions to,

2  right?

3          THE DEFENDANT:  Yes.  Leadership as well

4  as the training of my team and many of the employees

5  in the software that I supported was my primary

6  role -- were my primary roles.

7          THE COURT:  Now -- and I gather your

8  main language is English.  Right?

9          THE DEFENDANT:  Yes, Your Honor.

10          THE COURT:  Do you speak any other

11  language?

12          THE DEFENDANT:  I have some passable

13  colloquial capability in Spanish, but I wouldn't even

14  put it on a -- on a resume as -- as -- as --

15          THE COURT:  But English is your main

16  language?

17          THE WITNESS:  English is my main and,

18  really, only language.

19          THE COURT:  And the language you use to

20  work with others and give instruction to other people

21  that work for you or with you, right?

22          THE DEFENDANT:  Yes, Your Honor.

23          THE COURT:  Now, I need to know a little

24  bit about whether in your past you had any drug or

25  alcohol problems.  Any drug or alcohol problems or

Page 22

1   issues that you were dealing with or have been

2   dealing with?

3                   THE DEFENDANT:  I -- I've never had any

4   drug issues, Your Honor --

5                   THE COURT:  No -- no alcohol, no drugs,

6   nothing?

7                   THE DEFENDANT:  I -- I -- I -- I have

8   what I think were some alcohol issues, not so much in

9   the overuse or even abuse of -- of alcohol, Your

10  Honor, but I did find that in the last five to six

11  years, when my depression was at its, you know,

12  deepest -- when I drank, I realized, oftentimes too

13  late, that -- that it was exacerbating my condition,

14  and I -- I found myself, you know, in a -- in a -- an

15  evil spiral.

16                  Now, these lasted only for the hours in

17  which I was socializing or drinking, and it was

18  entirely social in nature.  It was never, you know,

19  solo drinking or anything like that.

20                  But -- but I've noticed that alcohol

21  became a problem, and so it -- making a bad situation

22  worse.  So I actually elected for -- for several

23  years, really, to stay away from it, because while I

24  didn't abuse it, I found that it made me -- well,

25  it -- it -- it was harmful to me.

Page 23

1                    THE COURT:  Right.

2                    THE DEFENDANT:  And so I -- I just

3      started teetotaling, essentially.

4                    THE COURT:  So no drugs, but you were

5      abusing alcohol during the period of time --

6                    THE DEFENDANT:  No.  I'd just offer, I

7      wasn't abusing alcohol.  I, actually, rarely drank.

8      But I noticed that when I drank, my depression and --

9      and -- and -- and, you know, negative thoughts and --

10     and -- and despondency was crippling.

11                   So, you know, after just, you know, a

12     few weekends and a few months of -- of noticing that

13     reality, I said, okay, well, I just won't drink.

14                   THE COURT:  So you stopped?

15                   THE DEFENDANT:  I -- I -- yeah.  Yes,

16     sir.  Yes, Your Honor.

17                   THE COURT:  On your own?

18                   THE DEFENDANT:  Yes, Your Honor.

19                   THE COURT:  You didn't have to go into

20     an inpatient program or outpatient program?

21                   THE DEFENDANT:  Oh, no, no, no, Your

22     Honor.  I -- no.  Very introspective, and -- and --

23     and I -- I recognized that while I don't have any

24     problem with use or abuse, I have a -- a weakness

25     because of, you know, again, my depression and other

1    conditions that -- it was -- and it would probably

2    continue to be a wrong decision to -- to partake.

3                    THE COURT:  All right.  But never

4    been -- never saw a psychologist or psychiatrist and

5    got alcohol --

6                    THE DEFENDANT:  For that problem, no.

7                    THE COURT:  Okay.

8                    THE DEFENDANT:  I have in my history

9    seen psychologists and/or psychiatrists, yeah.

10                   THE COURT:  All right.  We'll talk a

11   little bit about that.

12                   Any prescription medication that you are

13   currently on?

14                   THE DEFENDANT:  Yes, Your Honor.

15                   THE COURT:  What are you currently on?

16                   THE DEFENDANT:  I'm on my Albuterol

17   inhaler for my asthma.  I am --

18                   THE COURT:  Hold on a minute.  Does that

19   impact your ability to understand me?

20                   THE DEFENDANT:  No, Your Honor.

21                   THE COURT:  Okay.  What else?

22                   THE DEFENDANT:  Two different

23   antidepression medications, one being Wellbutrin,

24   another -- or the other being trazodone, which, I

25   understand, chemically is very similar to Wellbutrin,

1    but it has an added side effect of -- of a mild

2    sedative nature, which is used traditionally across

3    the street to help people sleep.

4              THE COURT:  All right.  So the trazodone

5    is to help you sleep?

6              THE DEFENDANT:  Yes, in addition to its

7    antidepressant --

8              THE COURT:  All right.  And -- and how

9    about the Wellbutrin?

10             THE DEFENDANT:  Solely antidepressant.

11             THE COURT:  Okay.  And -- and -- and

12   could you tell me a little bit about -- what doses

13   are you taking of each?

14             THE DEFENDANT:  Not with authority, Your

15   Honor.  I mean, they're considered --

16             THE COURT:  How often do you take, let's

17   say, the Wellbutrin?

18             THE WITNESS:  Both daily, once --

19             THE COURT:  How many times a day?

20             THE DEFENDANT:  Just the once in the --

21   in the -- in the evening.  And if -- if I were to

22   hazard a guess, I -- I'd say I'm on perhaps 75 to

23   100 milligrams of -- of both.  I know that --

24             THE COURT:  All right.  And when you

25   take, let's say, the Wellbutrin, what does it do for

1    you?

2                THE DEFENDANT:  It -- it helps to

3    mitigate to a degree a lot of feelings of despondency

4    or -- or uselessness, hopelessness, suicidal

5    thoughts and -- and -- and -- I guess the word is

6    ideations, I've come to learn from some of the

7    medical professionals.  You know, that -- that --

8    that these are unconventional and unnatural thoughts.

9                And -- and -- and the -- the -- the

10   energy level, my inability to get out of bed for days

11   on end, which was a complication during my, you know,

12   work search between roles.  I wasn't medicated at

13   that time and --

14               But -- but Wellbutrin and trazodone help

15   to mitigate that -- those energy level losses and --

16   and -- and that -- that general despondency to a

17   degree.

18               I'm not on what is considered an

19   aggressive dose, I'm given to understand, and that

20   may be, in part, due to the relatively new, you know,

21   period that we're in of medication.

22               I -- I -- I have been medicated in the

23   past, only mildly and only for a short period, as an

24   experimental effort by my doctor at the time.

25               THE COURT:  All right.  You've given me

Page 27

1   a lot of information.  I just want to kind of come

2   back a little bit to the Wellbutrin that you're

3   taking.  Obviously, it's making you feel better.

4                  THE DEFENDANT:  Better, yes, Your Honor.

5                  THE COURT:  You're not having these bad

6   thoughts about -- suicidal ideation or anything along

7   those lines.

8                  THE DEFENDANT:  I am not without those

9   thoughts.  You know, I mean, it is not a wholly

10  effective solution, no, Your Honor.

11                 THE COURT:  All right.  But you're --

12  but taking the Wellbutrin is making you feel better?

13                 THE DEFENDANT:  Absolutely, yeah.

14                 THE COURT:  You know why you're here,

15  right?

16                 THE DEFENDANT:  Yeah.  Yes, I do, Your

17  Honor.

18                 THE COURT:  And the trazodone, what --

19  what specifically are you taking that for?

20                 THE DEFENDANT:  Inasmuch as it's very

21  similar to Wellbutrin, it's more -- I'm taking it for

22  the -- the -- the mild sedative effect that it

23  purports to have, the -- to help sleep at night.

24                 Wellbutrin and most antidepressants,

25  I'm -- I can understand, they evidently raise

Page 28

1    people's energy level and can make it difficult to

2    sleep soundly through the night.

3                    So I'm, just at the recommendation of

4    the medical professionals across the street, to do

5    both in concert to both feel better but then, also,

6    to sleep as equally well as -- as -- as I'm used to

7    and -- and prefer to.

8                    THE COURT:  You've been sleeping well

9    the last 24 hours?

10                   THE DEFENDANT:  Last night was actually

11   tricky, but you know -- but I would say, yes, that

12   I -- I sleep well.

13                   THE COURT:  And you feel rested?

14                   THE DEFENDANT:  Not sufficiently, but

15   I -- I -- I've -- I'm -- I'll be fine.

16                   THE COURT:  You indicated you've been

17   medicated before.  You have had medicine --

18   medication before?

19                   THE DEFENDANT:  Yeah, I -- I --

20                   THE COURT:  Can you tell me a little bit

21   about that?  How -- how far back were -- were you on

22   medication and for what, and what -- what were the

23   issues that you were having?

24                   THE DEFENDANT:  Please forgive if -- if

25   what I'm about to say falls within some gray areas of

1    the time frames that I'll reference, but I would say

2    somewhere between six to seven years ago, I sort of

3    had the -- the revelation to myself that -- that I

4    am, in fact, you know, clinically depressed, not

5    just -- not just despondent about, you know,

6    illnesses and deaths in my family and -- and -- and

7    friends that I've had some difficulty, that --

8                 I realized that -- having seen enough

9    television and read a few books, that -- that I'm

10   actually symptomatic with, you know, clinical

11   depression and -- and -- and bipolarity.

12                And I mentioned this to my -- to two of

13   my friends, my good friends at the time --

14                THE COURT:  All right.  You're --

15   you're --

16                THE DEFENDANT:  I went to see a

17   doctor --

18                THE COURT:  You're kind of going off a

19   little bit on a tangent here and --

20                THE DEFENDANT:  Sorry about that.

21                THE COURT:  -- and rambling on a little

22   bit too much.

23                I want you to focus on -- you said six

24   to seven years ago that you were clinically

25   depressed.  Were you under the care of a

1  psychologist, psychiatrist?  Were you under

2  medication, or were you on -- on treatment, or this

3  is just something that you just decided, that you

4  were clinical -- clinically depressed?

5           THE DEFENDANT:  Well, no.  I -- I went

6  to my general practitioner, my doctor, and I said,

7  you know, I have --

8           THE COURT:  Is he a psychologist --

9           THE DEFENDANT:  He is not.

10           THE COURT:  -- psychiatrist or --

11           THE DEFENDANT:  He is not.

12           THE COURT:  -- a counselor on -- on

13  mental illness?

14           THE DEFENDANT:  No.

15           THE COURT:  Okay.  Did you see anyone

16  between --

17           THE DEFENDANT:  No, no, I didn't.  I --

18  I -- I asked for some recommendations from my doctor.

19  He gave me one or two.  But he -- you know, he gave

20  me -- given his -- his -- his -- in his appraisal,

21  his assessment, that, you know, I was surely

22  symptomatic and that -- you know, he -- he

23  immediately prescribed on his own, I guess, authority

24  Wellbutrin as well as Adderall, which is to -- to

25  help create focus.

1          ADD is something else that, you know,

2     when we sat down and -- and talked about it at length

3     that he said, okay, I'm also symptomatic in that

4     regard, attention deficit disorder.

5               THE COURT:  Who was this who told you

6     that you were symptomatic?

7               THE DEFENDANT:  This was my doctor,

8     Christopher --

9               THE COURT:  And is he -- what kind of

10    doctor is he?

11              THE DEFENDANT:  He's a general

12    practitioner.  He's a -- he's a D.O., doctor of

13    osteopathy in -- I guess it's Norristown.

14              THE COURT:  Did he refer you to anybody

15    else to talk about, you know, your depression or

16    your -- your condition?

17              THE DEFENDANT:  Not -- not directly, no.

18    I mean, he -- he -- at my behest, in asking for some

19    recommendations, he provided them, but, you know, he

20    didn't direct me to go anywhere, and -- and I didn't

21    reach out to them immediately.

22              THE COURT:  They --

23              THE DEFENDANT:  I spent about six months

24    on Wellbutrin, Adderall, and Testim, which is a

25    testosterone replacement therapy, because coincident

1    with my symptoms as described and -- and discovered

2    by him, we tested deeply --

3                    THE COURT:  Well, who is him?

4                    THE DEFENDANT:  My doctor.

5                    THE COURT:  Could you tell me his name?

6                    THE DEFENDANT:  Dr. Malsch, Christopher

7    Malsch.

8                    THE COURT:  All right.

9                    THE DEFENDANT:  He tested me, and

10   apparently, I have very close to zero free

11   testosterone in my system, very unusual for a person

12   of 38 or 39 at the time.  He said it was --

13   statistically, I'm -- I'm beyond 75 years of age in

14   terms of my free testosterone.

15                   And he said that -- that -- that this

16   alone can be a -- a biological reason for depression,

17   focus disorders, attention disorders, you know, lack

18   of -- of energy, lack of sex drive, lack of -- well,

19   you know, lack of positivity.

20                   THE COURT:  All right.  I want to try to

21   pin this down.

22                   THE DEFENDANT:  Yeah.

23                   THE COURT:  This was six to seven years

24   ago?

25                   THE DEFENDANT:  Yes.

Page 33

1                    THE COURT:  And for how long did you see

2     this doctor?

3                    THE DEFENDANT:  Oh, well, I saw him for

4     years, but we -- we did this medication for probably

5     six to nine months.

6                    THE COURT:  How long ago?

7                    THE DEFENDANT:  Six to seven years ago.

8                    THE COURT:  Okay.  And that was the

9     extent and the scope of it?

10                   THE DEFENDANT:  At -- at that time,

11    yeah.

12                   THE COURT:  Any time since, have you

13    been on that type of -- have you seen the doctor or

14    psychologist, psychiatrist relating --

15                   THE DEFENDANT:  No.  It -- it --

16                   THE COURT:  -- to any of these problems?

17                   THE DEFENDANT:  No, I didn't.  In --

18                   THE COURT:  All right.  You did not?

19                   THE DEFENDANT:  I did not.

20                   THE COURT:  You said something -- that

21    you were bipolar, but you have not been diagnosed

22    with being bipolar, right?

23                   THE DEFENDANT:  Different doctors at

24    Montgomery County Community -- Correctional Facility,

25    where I was before I came to the Federal Detention

Page 34

1    Center, they said, yeah, it -- it appears that way.

2              And I'm -- there are words that they use

3    professionally that I didn't quite grasp or

4    understand, but that -- that was the --

5              THE COURT:  Who is the "they"?  Could

6    you tell me who?

7              THE DEFENDANT:  Wow.  There's the head

8    psychiatrist at MCCF, and his name escapes me.  There

9    is the head psychologist at MCCF.  I'm trying to

10   think what her name may be.

11             THE COURT:  And -- and this is the first

12   time --

13             THE DEFENDANT:  I can't say.

14             THE COURT:  -- I gather, that you heard

15   about this -- this diagnosis of -- or heard about the

16   fact that you may be or are bipolar?

17             THE DEFENDANT:  Yes, sir.  Yes, Your

18   Honor.

19             THE COURT:  Before that, you had never

20   heard it?

21             THE DEFENDANT:  I had heard it, but I

22   had never associated [indiscernible] --

23             THE COURT:  You had never been --

24             THE DEFENDANT:  -- it with myself.

25             THE COURT:  -- diagnosed --

Page 35

1              THE DEFENDANT:  No, not at all.

2              THE COURT:  -- or treated or --

3              THE DEFENDANT:  Hm-mmm, not for -- no.

4              THE COURT:  -- seen for that type of

5     illness?

6              THE DEFENDANT:  No.

7              THE COURT:  Never been under the care of

8     a doctor --

9              THE DEFENDANT:  No, Your Honor.

10              THE COURT:  -- for -- for bipolar?

11              THE DEFENDANT:  No.

12              THE COURT:  Never been hospitalized

13    anywhere for mental health issues dealing with

14    depression or bipolarity or anything along those

15    lines?

16              THE DEFENDANT:  No, Your Honor.

17              THE COURT:  So the first time, if I

18    understand you correctly, that you saw someone

19    regarding the fact that you felt you were clinically

20    depressed or depressed and you talked about

21    bipolarity and -- and things of that -- that nature

22    was six or seven years ago?

23              THE DEFENDANT:  Right, with my general

24    practitioner.  I reached out to him for guidance and

25    advice --

Page 36

1              THE COURT:  Right.

2              THE DEFENDANT:  -- and help.

3              THE COURT:  But you didn't see any --

4    any psychologist or psychiatrist that specializes in

5    treating mental illnesses?

6              THE DEFENDANT:  That's correct, Your

7    Honor.

8              THE COURT:  And never, either then or

9    before, have been treated for any mental illness or

10   seen a psychologist, psychiatrist or been

11   hospitalized for any mental illness, right?

12             THE DEFENDANT:  Actually, I -- I did

13   see -- when it was -- whether it would be late grade

14   school or early high school, for several months, a

15   psychologist, I believe he was, because of a lot of

16   the symptoms, which, you know, when I was younger had

17   manifested themselves.  But I don't think we dove

18   enough to understand --

19             THE COURT:  Hold on.

20             THE DEFENDANT:  So for -- months of just

21   weekly discussion therapy.  The hope was that it

22   would affect my focus, my grades, my despondency,

23   in -- in -- in contrast to my energy and enthusiasm.

24   You know, this -- this -- it was my parents, frankly,

25   who -- who posited that the bipolarity is -- is there

Page 37

1    and that they've -- they've seen the evidence for --

2    for decades.

3                  But -- so I did see the psychologist

4    several months --

5                  THE COURT:  How old were you when you

6    saw a psychologist in high school?  What year was

7    this?

8                  THE DEFENDANT:  I -- well, I can -- I

9    was driving there, so I would had to have been, sir,

10   between 16 and 18.

11                 THE COURT:  All right.  You're 44 years

12   of age today?

13                 THE DEFENDANT:  Yes, I am.

14                 THE COURT:  All right.  But other than

15   that time that you saw a psychologist while you were

16   in high school, possibly a senior, the only other

17   time that you had anyone talk to you about it was

18   your general doctor about six, seven years ago?

19                 THE DEFENDANT:  Yeah.  Yes, sir.  Yes,

20   Your Honor.

21                 THE COURT:  And -- and -- and since that

22   time, while you've been in prison awaiting to go to

23   trial on these cases?

24                 THE DEFENDANT:  Yes.

25                 THE COURT:  All right.

1            THE DEFENDANT:  Much better,

2  attentive -- well, I mean, more than -- more than I

3  ever had before care from -- from mental health

4  professionals.

5            THE COURT:  And you are taking this

6  medication, Wellbutrin and trazodone.  But is there

7  anything about what is going on here today that --

8  that you think impacts your ability to understand me?

9            THE DEFENDANT:  No, Your Honor.

10            THE COURT:  You know why you're here?

11            THE DEFENDANT:  Yeah, I know why I'm --

12  yes, I do, Your Honor.

13            THE COURT:  And -- and you have been

14  able to talk to your lawyer about the charges, the

15  government's case against you, and your options in

16  this case?

17            THE DEFENDANT:  I have had opportunity

18  to do these things, yes, Your Honor.

19            THE COURT:  All right.  Now, with

20  regards to your -- your issues, physically, you are

21  feeling okay?

22            THE DEFENDANT:  Yes.  By and large, Your

23  Honor, I --

24            THE COURT:  You look pretty good.  You

25  look pretty healthy.  Right?

Page 39

1              THE DEFENDANT:  I've lost weight in

2    jail.

3              THE COURT:  Okay.  How much weight did

4    you lose?

5              THE DEFENDANT:  Between 10 and 15

6    pounds.  Just in vacillation, it happens, but I would

7    say right now, it's ten pounds -- wait, wait, wait.

8              THE COURT:  How -- how tall are you?

9              THE DEFENDANT:  5, 9 and a half.

10             THE COURT:  And how much do you weigh?

11             THE DEFENDANT:  Well, 195 at the -- at

12   the moment.  So, actually, that would be 13 pounds at

13   the moment.

14             THE COURT:  All right.  That's not

15   impacting your ability to understand me, right?

16             THE DEFENDANT:  No, Your Honor.

17             THE COURT:  It's not impacting your

18   health in -- physical health in any way?

19             THE DEFENDANT:  I don't believe so, Your

20   Honor, no.

21             THE COURT:  In fact, I wish I could lose

22   13 pounds in -- in a couple of months.

23             THE DEFENDANT:  It's a -- it's a --

24             THE COURT:  It makes you feel better,

25   right?

Page 40

```
 1                    THE DEFENDANT:  It's a -- it's a

 2     surprising fringe benefit of incarceration, Your

 3     Honor.

 4                    THE COURT:  Right.  You've been in

 5     trouble before with the law?

 6                    THE DEFENDANT:  Never, Your Honor.

 7                    THE COURT:  You are not on any type of

 8     probation or parole or supervision anywhere?

 9                    THE DEFENDANT:  No, Your Honor.

10                    THE COURT:  And we were talking a little

11     bit about the fact that you've had an opportunity to

12     talk to your lawyer about these serious charges.

13                    THE DEFENDANT:  I have had the

14     opportunity, yes, Your Honor.

15                    THE COURT:  Well, you talked to him

16     about the case, you know, the government's case --

17                    THE DEFENDANT:  Yeah, yeah.

18                    THE COURT:  -- the investigation, right?

19                    THE DEFENDANT:  Yeah.  You know, I might

20     say that I -- I wish we had had more time.

21     Certainly, these are substantial and -- and -- and

22     profound and -- and -- and polarizing charges, and --

23     and I understand that, and -- but, you know, we have

24     discussed them.  I can't say we haven't.

25                    THE COURT:  All right.  You -- you have
```

Page 41

1    reviewed -- or at least talked to your lawyer about

2    the government's case against you in terms of

3    physical evidence, testimonial evidence, electronic

4    evidence, wire evidence?  You've talked to your

5    lawyer about that, right?

6                 THE DEFENDANT:  I have talked to my

7    lawyer, yes, my attorney, yes, I have, Your Honor.

8                 And then as of a few weeks ago,

9    basically, they -- the day that I signed the plea

10   agreement, which was two days after I met you in our

11   last meeting, Your Honor, I guess for the pretrial

12   conference -- I think you had given us about eight

13   days to -- to decide on a plea.

14                 But that was on a Friday.  On the

15   following Monday, I was given to understand by my

16   attorney that the U.S. Attorney needed a more prompt

17   decision.  So on that Monday, I was directed to --

18   to -- to sign the plea.

19                 THE COURT:  You -- you feel you've been

20   pressured in any way, shape, or form to plead guilty?

21                 THE DEFENDANT:  I do feel I've been

22   pressured.

23                 THE COURT:  Well, you know -- you know,

24   you don't have to plead guilty.  You know that,

25   right?

Page 42

1                    THE DEFENDANT:  Well, yes, I do.

2                    THE COURT:  All right.  Do you want to

3    go to trial?

4                    THE DEFENDANT:  No, I don't.

5                    THE COURT:  All right.  Because if you

6    have any reservations about -- whatsoever about

7    whether you want to plead guilty to this case or not,

8    any reservation, we -- I have a panel downstairs.

9    I'm ready to bring the panel up.  We could pick a

10   jury.

11                   THE DEFENDANT:  I understand that, Your

12   Honor.

13                   THE COURT:  Have you thought long and

14   hard about -- about your options in this case?

15                   THE DEFENDANT:  I have, Your Honor.

16                   THE COURT:  Do you want a trial?

17                   THE DEFENDANT:  I -- I -- I have felt at

18   times that that was the -- the -- a preferable option

19   and -- and -- and that, more than anything, preserves

20   my rights to -- to cross-examine and -- and review

21   additional evidence that I'm convinced I haven't yet

22   seen and -- and --

23                   However, I was raised and -- and

24   continue to live a life of, you know, profound

25   culpability and -- and -- and -- and -- and --

```
 1                    THE COURT:  Well --
 2                    THE DEFENDANT:  -- onerous, you know,
 3    acceptance of responsibility, and -- and -- and I --
 4    I feel as though -- even though this -- this plea
 5    agreement troubles me and -- and -- and giving up my
 6    rights troubles me, I feel as though, look, I -- I
 7    need to take responsibility for what I can, and if --
 8    and if there's some -- some -- some overage there,
 9    that may be part of my just desserts.  I don't know.
10                    But I -- I feel as though -- I have
11    never not been in compliance and/or generous with my
12    support for this -- this case.  I -- I gave a full
13    and -- and complete testimony -- statements when I
14    was arrested, offered --
15                    THE COURT:  You've gone on and on about
16    all that stuff, but what I want to know is -- I want
17    you to understand you don't have to plead guilty.
18    I'd be happy to have a trial in this case.
19                    And you will have the opportunity to
20    preserve all of your trial rights, challenge the
21    government's evidence, challenge the government's
22    witnesses, because, believe me, cross-examination is
23    a powerful tool to expose people who may be biased,
24    prejudiced, or may be lying against you, anything
25    like that.  You have that opportunity, and I'm pretty
```

Page 44

1    sure counsel is prepared to proceed, because we had

2    that conversation a while back.

3              So, you know, I don't want you to think

4    that -- that -- that -- that you don't -- you know,

5    you have a right to trial, and I'll be happy to give

6    a trial.  Is that what you want?

7              THE DEFENDANT:  I don't think so at this

8    time, even --

9              THE COURT:  Well, let me tell you

10   something.  This is the time, because there's not

11   going to be another time.  This is the time.

12             If you have any reservations, this is

13   the time to have them, because I don't have to take

14   your guilty plea, and the government will be ready to

15   proceed, pick a jury, and you could challenge all of

16   the evidence and all of the witnesses.  So there's

17   not going to be another time.  Do you understand

18   that?

19             THE DEFENDANT:  I do, Your Honor.

20             THE COURT:  Because once you plead

21   guilty to the charges, it's going to be really,

22   really difficult for you to withdraw your guilty

23   plea.  Do you understand that?

24             THE DEFENDANT:  Yes, I do, Your Honor.

25             THE COURT:  And, later on, it's going to

1    be exceedingly difficult for you to tell me, Judge,

2    I'm sorry; the lawyer forced me to do this, or I felt

3    threatened, or I felt, you know, like, coerced into

4    pleading guilty; I didn't want to plead guilty; I

5    wanted to go to trial.  Do you understand that?

6                    THE DEFENDANT:  Yes, I do, Your Honor.

7                    THE COURT:  All right.  So this is

8    really important, because you're giving up your

9    fundamental right to a true jury trial and to force

10   the government to prove their case beyond a

11   reasonable doubt.

12                   And if I look at the -- the -- the

13   document that you have in front of you, you're

14   looking at potentially -- potentially --

15                   THE DEFENDANT:  Life, Your Honor.

16                   THE COURT:  -- 30 -- yeah, you're

17   looking at serious time.  So -- so -- so if you want

18   a jury trial, I'll be happy to.  Quite frankly, I'd

19   be comfortable to give you a jury trial.  You

20   understand that?

21                   THE DEFENDANT:  I do, Your Honor.

22                   THE COURT:  Do you want me to stop these

23   proceedings right now, talk to the government and

24   talk to your lawyer and -- and get a jury here so

25   that we could begin selection sometime this week or

1    next week?

2                    THE DEFENDANT:  As -- as -- as late as

3    very late last night, I -- I thought that was

4    something that I -- I should cling to, my rights,

5    and -- and -- knowing that a portion, if not a good

6    portion, is certainly challengeable and even winnable

7    in court, Your Honor.

8                    However, when it comes back to the

9    person that I am, that I've been, and -- and that my

10   parents -- and we all agree, as of this morning, that

11   I'd rather over-accept responsibility than to shirk

12   it or -- or try to avoid culpability and -- and --

13   and so --

14                   THE COURT:  Mr. Krapf --

15                   THE DEFENDANT:  I'm -- I'm -- I'm --

16                   THE COURT:  -- all I'm talking to you

17   about --

18                   THE DEFENDANT:  -- comfortable to go

19   forward with the plea, Your Honor.

20                   THE COURT:  Do you -- do you understand

21   you're going to potentially -- let's look at -- at --

22   at the potential penalties that you are facing.  Do

23   you understand --

24                   I want you to take a look at the three

25   documents that you have.

```
 1                    THE DEFENDANT:  Yeah.

 2                    THE COURT:  You see page 3 of the

 3   guilty -- of the guilty plea agreement?  Page 3 of

 4   the guilty plea agreement and page 2 of the guilty --

 5   of the government's change of plea?  Do you see those

 6   two documents?

 7                    THE DEFENDANT:  I -- I have the guilty

 8   plea agreement in front of me.

 9                    THE COURT:  All right.  Take a look at

10   the guilty plea agreement, page 3.

11                    THE DEFENDANT:  Yes, Your Honor.

12                    THE COURT:  And take a look at the

13   government's change of plea, page 3 and 4.  Do you

14   have that?

15                    THE DEFENDANT:  I --

16                    MR. ISENBERG:  We're working on that,

17   Judge.

18                    Yeah, we have it, Judge.

19                    THE DEFENDANT:  Thank you.

20                    THE COURT:  You and I understand you --

21   you -- this is a pretty serious case?

22                    THE DEFENDANT:  Yes, I do, Your Honor.

23                    THE COURT:  All right.  And you told me

24   that you've never been in trouble before, right?

25                    THE DEFENDANT:  That's correct, Your
```

1    Honor.

2                   THE COURT:  So you're looking at life

3    imprisonment, 15-year mandatory minimum term of

4    imprisonment, a mandatory five years of supervised

5    release up to a lifetime of supervised release, $6

6    million fine, $2,400 special assessment.

7                   And then, over and above that, you are

8    going to have to be registering -- registering as a

9    sex offender for probably the rest of your life.  You

10   understand that?

11                  THE DEFENDANT:  I do, Your Honor.

12                  THE COURT:  So the consequences of your

13   decision here today are pretty, pretty serious in

14   terms of your future, because you may not come out of

15   jail in the foreseeable future.  You understand that?

16                  THE DEFENDANT:  I do understand that.

17                  THE COURT:  So you tell me today that --

18   you are telling me today that last night you were

19   thinking about clinging to your -- to your

20   constitutional rights, right?

21                  THE DEFENDANT:  I had those thoughts,

22   yes, sir, I did, Your Honor.

23                  THE COURT:  I want you to understand

24   that I have the utmost respect for you if you

25   decided -- decide to exercise your constitutional

Page 49

1   rights, because every citizen has those rights, and

2   it doesn't offend me a bit if you want to exercise

3   those rights and have a jury trial, because that's

4   what we're here for.  Do you understand that?

5               THE DEFENDANT:  I absolutely do, and

6   I -- and I appreciate your -- your reassertion of

7   that respect and -- and honoring of -- of those

8   rights and privileges, Your Honor.

9               THE COURT:  So -- so that's what I'm

10  here for, to try the case.  And I don't have a

11  problem and the government doesn't have a problem to

12  give you a -- a -- a trial by jury, where you'll have

13  an opportunity, through your lawyer, to challenge

14  every witness the government calls, to challenge

15  every piece of evidence the government seeks to

16  introduce in your case, and to have that jury decide

17  whether or not you're guilty of these charges.  You

18  have that right.

19              THE DEFENDANT:  Yes, I understand,

20  but -- but on the strength of my attorney's

21  recommendations and -- and my -- my -- my family's --

22  my family's, you know, input, I feel as though --

23              THE COURT:  Mr. Krapf, it's your

24  decision --

25              THE DEFENDANT:  Correct.

Page 50

1            THE COURT:  -- not your lawyer's --

2            THE DEFENDANT:  Absolutely.

3            THE COURT:  -- not your family's.  It's

4   your decision and your decision alone whether to go

5   to trial or not, whether to plead guilty or not.  Do

6   you understand that?

7            THE DEFENDANT:  I do, Your Honor.

8            THE COURT:  All right.  I -- because

9   your -- your lawyer could give you all the advice in

10  the world, but if you want a trial, you have the

11  right to trial.  And that's what I'm here for, and

12  I'll be happy to give you --

13            And -- and you knew that this case was

14  listed for trial today, we were going to be picking a

15  jury today, right?

16            THE DEFENDANT:  Well, I -- I wasn't sure

17  how it would go once I signed the plea two weeks ago,

18  but -- but, yeah, I knew that this was forthcoming.

19            THE COURT:  Well, I -- I was very clear

20  with you two weeks ago.  I told you the trial date is

21  today --

22            THE DEFENDANT:  Absolutely.

23            THE COURT:  -- or guilty plea or

24  anything else.

25            THE DEFENDANT:  Um-hmm.

Page 51

1           THE COURT:  So -- but if you don't want
2     to plead guilty, all you have to do is tell me so --
3     and we will pick a jury.  I will -- I -- I -- we have
4     people.  Wednesday, we'll get a panel here, and we'll
5     pick a jury.  This case is not going to be long, from
6     what I understand.

7           THE DEFENDANT:  Probably not, Your
8     Honor.

9           THE COURT:  Right.  I -- I want you to
10    think about it.  I'm going to give you 15 minutes to
11    think about it, because I don't have a problem --
12    because you're being -- you've been hesitating quite
13    a bit, and -- and some of your answers are a little
14    bit unresponsive to my questions.

15          So I know that you're uncomfortable with
16    pleading guilty, and I want you to think about it and
17    talk to your lawyer.  Because I could stop these
18    proceedings right now and bring you back probably
19    Wednesday -- I'll talk to the lawyers -- or next
20    week, and we'll have a jury.  All right?

21          THE DEFENDANT:  I'll take the time
22    you've granted, and I appreciate that.  Thank you
23    very much, Your Honor.

24          THE COURT:  Very well.  Okay.  I'm going
25    to clear the courtroom and give them 15 minutes so

Page 52

1    that they could talk privately.

2                  MR. ISENBERG:  Do you want me to report

3    back to Mr. Kelly, Judge, when we're ready?

4                  THE COURT:  Just report back to

5    Mr. Kelly.  That's fine.

6                  MR. ISENBERG:  I'll do that, Judge.

7    Thank you.

8                  COURTROOM DEPUTY:  All rise.

9                            -  -  -

10                 (Whereupon, a recess was had between

11   11:54 a.m. and 12:20 p.m.)

12                           -  -  -

13                 THE COURT:  . . . thought long and hard

14   about whether I'm going to proceed today to take your

15   guilty plea.  I think it's incumbent upon this court

16   to stop the proceedings, give you overnight to think

17   about your options.

18                 As you well know, you and you alone have

19   an absolute right to decide whether to go to trial or

20   not, whether to plead guilty or not, whether to give

21   up your -- your -- your right to a jury trial and go

22   nonjury.  Those are your rights, and in that area,

23   nobody can infringe upon your right to make the

24   decision on your own.  Do you understand that?

25                 THE DEFENDANT:  I do, Your Honor.

Page 53

1                   THE COURT:  Nobody can force you,

2    threaten you in any way, shape, or form, or promise

3    you anything.  The decision is yours and yours alone.

4                   So if your lawyer is telling you one

5    thing, but you want to go to trial, your parents are

6    telling you one thing, but you want to go to trial,

7    guess what?  You have an absolute right to go to

8    trial.  You understand that?

9                   THE DEFENDANT:  I absolutely do, Your

10   Honor.

11                  THE COURT:  All right.  And this

12   court -- as I said before -- I'm going to repeat

13   it -- I -- this is what we do.  We try cases.  I

14   don't have a problem respecting your right to

15   exercise your constitutionally protected right to a

16   jury trial, because that's what we're all about.  You

17   understand?

18                  THE DEFENDANT:  Absolutely.

19                  THE COURT:  And I had a panel waiting.

20   We canceled the panel, but we have a panel Wednesday.

21   I'm going to bring a panel Wednesday.

22                  I'm going to give you overnight to think

23   about it.  I'm going to bring you back tomorrow

24   afternoon at three o'clock, and we'll continue the

25   discussion we had on the record today.

Page 54

1               But -- but if you want a trial,

2    ultimately, you have a right to trial, and we'll pick

3    a jury on Wednesday.  Okay?

4               THE DEFENDANT:  Well, if you please,

5    Your Honor, I -- I'm prepared to -- to plead

6    guilty --

7               THE COURT:  Well --

8               THE DEFENDANT:  -- you know, with --

9    with absolute certainty and clarity of -- of purpose

10   and -- and intent.

11              THE COURT:  Right.  Well, tell you what.

12   Based on my discussion with you -- with you earlier,

13   I -- I have some reservations because of your

14   statements to the court, and I think it's incumbent

15   upon me to give you a little bit of time to think

16   about it further.

17              If you still feel that way tomorrow,

18   then I will take your guilty plea tomorrow at three

19   o'clock.  So there's no harm in me continuing the

20   case for one more day to give you that opportunity,

21   because I wasn't too sure -- I'm not so sure, based

22   on the record that I have, that that's really what

23   you want, to plead guilty.

24              And you could cling onto your

25   constitutional rights.  You have a constitutional

1    right.  You have a right to challenge the

2    government's case, the government's witnesses through

3    cross-examination.  And the government is prepared to

4    come back on tomorrow or come back on Wednesday and

5    pick a jury.

6                    But the stakes are high for you --

7                    THE DEFENDANT:  Yes, Your Honor.

8                    THE COURT:  -- and I want to make sure

9    that you are absolutely certain that that's what you

10   want to do, because, quite frankly, I -- I think I

11   talked to you a little bit about the guilty plea and

12   these charges.  Your guidelines are potentially off

13   the charts in this case.  You understand that, right?

14                   THE DEFENDANT:  I do, Your Honor.  Yeah,

15   they are staggering.

16                   THE COURT:  All right.  So one way or

17   the other, eventually -- you know, sometimes some

18   cases have to be tried.  Maybe this is one of them.

19   All right?

20                   So I'll bring you back tomorrow at three

21   o'clock.  We'll continue the discussion.  Ultimately,

22   I will have a panel here Wednesday if you want to go

23   to trial.

24                   THE DEFENDANT:  I'll be here for you

25   tomorrow, and we'll have finality and -- and a plea

Page 56

1    tomorrow.

2                  THE COURT:  All right.  Well, think

3    about it.

4                  Okay.  He's excused.

5                  Pat.

6                  COURTROOM DEPUTY:  All rise.

7                        –   –   –

8                  (Whereupon, the proceeding was adjourned

9    at 12:24 p.m.)

10                       –   –   –

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T I O N

2

3           I, Judi Y. Olsen, do hereby certify that the

4      foregoing is a true and correct transcript from the

5      electronic sound recordings of the proceedings in the

6      above-captioned matter.

7

   _____                _____

8   Date                                 Judi Y. Olsen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

abetting 4:8
ability 24:19 38:8
  39:15
able 11:8 14:5
  38:14
above-captioned
  57:6
absolute 52:19
  53:7 54:9
absolutely 7:21
  27:13 49:5 50:2
  50:22 53:9,18
  55:9
abuse 22:9,24
  23:24
abusing 23:5,7
acceptance 43:3
accounts 17:2
accruing 20:6
achieve 11:16
achievement 15:9
Acknowledge 6:2
acknowledgement
  5:14
ACTS 14:2
ADD 31:1
added 25:1
Adderall 30:24
  31:24
addition 25:6
additional 42:21
adjourned 56:8
advice 35:25 50:9
affect 36:22
afternoon 53:24
age 9:4 32:13
  37:12
agent 3:10,11
aggressive 26:19
ago 10:3 11:1,5,10
  29:2,24 32:24
  33:6,7 35:22
  37:18 41:8 50:17
  50:20
agree 46:10

agreement 5:14
  41:10 43:5 47:3,4
  47:8,10
aiding 4:8
Albuterol 24:16
alcohol 21:25,25
  22:5,8,9,20 23:5
  23:7 24:5
allow 7:7
America 1:2 3:3
analyst 15:2 18:9
and/or 11:14 24:9
  43:11
answer 7:19 8:7
answers 51:13
antidepressant
  25:7,10
antidepressants
  27:24
antidepression
  24:23
anybody 31:14
apologies 16:16
  20:12
apologize 20:13
apparently 32:10
APPEARANCES
  1:9
appears 16:25 34:1
applications 15:17
  17:21
appraisal 30:20
appreciate 8:10
  49:6 51:22
area 13:22 52:22
areas 28:25
arising 5:4
arrest 19:8
arrested 17:8
  18:25 19:2 43:14
Arts 10:23 11:21
  20:20
asked 30:18
asking 31:18
assessment 30:21
  48:6

assistant 3:5 13:15
associated 34:22
asthma 24:17
attend 10:13
attendant 18:16
attention 31:4
  32:17
attentive 38:2
attorney 3:6,9 5:6
  5:24 8:7 41:7,16
  41:16
attorney's 1:10
  49:20
AUSA 1:10
authority 25:14
  30:23
avail 11:8
avoid 46:12
awaiting 37:22
a.m 1:6 52:11

**B**

B 2:10
Bachelor 20:20
bachelor's 9:10
  10:23 11:21
back 4:4 9:21
  13:22 27:2 28:21
  44:2 46:8 51:18
  52:3,4 53:23 55:4
  55:4,20
background 8:13
  8:18
bad 22:21 27:5
based 54:12,21
basically 17:11
  41:9
basis 7:23
bed 26:10
began 12:14,20
behest 31:18
believe 5:12 36:15
  39:19 43:22
Bell 14:6
benefit 40:2
Best 19:3,6,11 20:8

better 20:15 27:3,4
  27:12 28:5 38:1
  39:24
beyond 32:13
  45:10
biased 43:23
biological 32:16
bipolar 33:21,22
  34:16 35:10
bipolarity 19:15
  29:11 35:14,21
  36:25
bit 9:7 10:13 12:6
  16:8 20:15 21:24
  24:11 25:12 27:2
  28:20 29:19,22
  40:11 49:2 51:13
  51:14 54:15
  55:11
Blue 14:6
bonus 15:9
books 15:4 29:9
bordering 11:11
born 13:22
boys 5:5
bring 42:9 51:18
  53:21,23 55:20
brings 18:23
Buy 19:3,6,11 20:8
B.A 9:13 11:3,20

**C**

C 57:1,1
calls 49:14
campground 19:23
canceled 53:20
capability 21:13
care 29:25 35:7
  38:3
career 9:17 12:20
  13:20
case 17:8,8 18:25
  38:15,16 40:16
  40:16 41:2 42:7
  42:14 43:12,18
  45:10 47:21

49:10,16 50:13
  51:5 54:20 55:2
  55:13
cases 37:23 53:13
  55:18
Center 1:14 34:1
certain 55:9
certainly 40:21
  46:6
certainty 54:9
certify 57:4
challenge 43:20,21
  44:15 49:13,14
  55:1
challengeable 46:6
change 5:13 6:1
  14:19 15:15 47:5
  47:13
changed 11:14
charged 4:11
charges 7:10,11,16
  38:14 40:12,22
  44:21 49:17
  55:12
charging 4:22
charts 55:13
chemically 24:25
Chestnut 1:11
child 4:7,7,15,17
Christopher 31:8
  32:6
circumstance 18:3
citizen 19:1
clarity 54:9
classes 9:25
clear 50:19 51:25
clients 15:5
cling 46:4 54:24
clinging 48:19
clinical 29:10 30:4
clinically 29:4,24
  30:4 35:19
close 32:10
closer 20:11,14
coerced 45:3
coincident 31:25

colleague 15:6
collections 15:2
college 12:10 20:21
colloquial 21:13
COLLOQUY 2:3
come 10:10 26:6
    27:1 48:14 55:4,4
comes 46:8
comfortable 45:19
    46:18
commerce 4:12
community 14:3
    33:24
companies 17:13
    19:23 20:22
company 1:23 17:3
    19:22
competent 7:9
complete 11:3 12:5
    20:20 43:13
completed 10:17
completely 7:20
compliance 18:17
    43:11
complication
    26:11
concert 28:5
conclude 7:3 9:15
    10:6
condition 22:13
    31:16
conditions 24:1
conduct 4:13
conference 41:12
connection 11:2
consequences
    48:12
considered 25:15
    26:18
constitutional
    48:20,25 54:25
    54:25
constitutionally
    53:15
consultant 20:21
consulting 17:10

17:13 18:9
contact 11:24 12:1
continue 24:2
    42:24 53:24
    55:21
continuing 54:19
contract 17:22
    19:17
contrast 36:23
contributed 19:16
conversation 6:3
    44:2
convinced 42:21
copy 5:21,25
Corporation 14:6
corporations 15:6
correct 36:6 47:25
    49:25 57:5
Correctional 33:24
correctly 4:4 5:6
    16:20 35:18
counsel 3:15 44:1
counselor 30:12
count 4:17 5:2
counts 4:6,11,15
    4:22,22,24 5:1
    7:8
County 13:23
    33:24
couple 17:20 39:22
course 10:8 11:7
court 1:1,8,23 3:2
    3:5,8,13,14,18,20
    3:25 5:9,11,16,20
    5:23 6:8,10 7:1,6
    7:18,22 8:2,6,12
    8:18,23 9:1,4,6
    9:12,23 10:7,9,12
    10:16,22,25
    11:18,21 12:1,4
    12:22 13:2,5,9
    14:7,10,13,16,20
    14:24 15:22,25
    16:4,7,10,14,18
    16:24,25 17:6
    18:6,22 19:5,10

20:10,13 21:1,7
    21:10,15,19,23
    22:5 23:1,4,14,17
    23:19 24:3,7,10
    24:15,18,21 25:4
    25:8,11,16,19,24
    26:25 27:5,11,14
    27:18 28:8,13,16
    28:20 29:14,18
    29:21 30:8,10,12
    30:15 31:5,9,14
    31:22 32:3,5,8,20
    32:23 33:1,6,8,12
    33:16,18,20 34:5
    34:11,14,19,23
    34:25 35:2,4,7,10
    35:12,17 36:1,3,8
    36:19 37:5,11,14
    37:21,25 38:5,10
    38:13,19,24 39:3
    39:8,10,14,17,21
    39:24 40:4,7,10
    40:15,18,25
    41:19,23 42:2,5
    42:13,16 43:1,15
    44:9,20,25 45:7
    45:16,22 46:7,14
    46:16,20 47:2,9
    47:12,20,23 48:2
    48:12,17,23 49:9
    49:23 50:1,3,8,19
    50:23 51:1,9,24
    52:4,13,15 53:1
    53:11,12,19 54:7
    54:11,14 55:8,16
    56:2
courtroom 6:15,20
    6:25 51:25 52:8
    56:6
create 30:25
credit 10:20 15:2
credits 9:10
Criminal 3:3
crippling 23:10
cross-examination
    43:22 55:3

cross-examine
    42:20
culpability 42:25
    46:12
cumbersome 11:7
currently 24:13,15
curriculum 11:14
customer 13:16,17
customers 15:5

_____
        D
_____
D 2:1
daily 25:18
databases 15:18
date 50:20 57:14
day 25:19 41:9
    54:20
days 9:22 26:10
    41:10,13
dealing 20:22 22:1
    22:2 35:13
deaths 29:6
debt 20:6
decades 9:19 37:2
decide 41:13 48:25
    49:16 52:19
decided 30:3 48:25
decision 7:14 24:2
    41:17 48:13
    49:24 50:4,4
    52:24 53:3
deepest 22:12
deeply 32:2
defendant 1:6,13
    3:22,23 4:5,21
    5:25 6:18,23 7:5
    7:17,21 8:1,5,10
    8:17,21,25 9:2,5
    9:9,14,24 10:8,10
    10:15,19,24 11:4
    11:19,25 12:3,9
    12:24 13:3,7,11
    14:9,12,15,17,22
    15:1,23 16:1,5,9
    16:12,16,22 17:4
    17:10 18:8 19:1,7

19:13 20:12,25
    21:3,9,12,22 22:3
    22:7 23:2,6,15,18
    23:21 24:6,8,14
    24:16,20,22 25:6
    25:10,14,20 26:2
    27:4,8,13,16,20
    28:10,14,19,24
    29:16,20 30:5,9
    30:11,14,17 31:7
    31:11,17,23 32:4
    32:6,9,22,25 33:3
    33:7,10,15,17,19
    33:23 34:7,13,17
    34:21,24 35:1,3,6
    35:9,11,16,23
    36:2,6,12,20 37:8
    37:13,19,24 38:1
    38:9,11,17,22
    39:1,5,9,11,16,19
    39:23 40:1,6,9,13
    40:17,19 41:6,21
    42:1,4,11,15,17
    43:2 44:7,19,24
    45:6,15,21 46:2
    46:15,18 47:1,7
    47:11,15,19,22
    47:25 48:11,16
    48:21 49:5,19,25
    50:2,7,16,22,25
    51:7,21 52:25
    53:9,18 54:4,8
    55:7,14,24
defendant's 5:4
defense 3:14
deficient 18:18
deficit 31:4
degree 9:10 10:6
    10:23 11:17
    20:20 26:3,17
department 15:13
depressed 29:4,25
    30:4 35:20,20
depression 19:15
    22:11 23:8,25
    29:11 31:15

32:16 35:14
**deputy** 6:11,15,20
  6:25 52:8 56:6
**described** 32:1
**description** 2:11
  14:25
**despondency**
  19:18 23:10 26:3
  26:16 36:22
**despondent** 29:5
**desserts** 43:9
**Detention** 33:25
**diagnosed** 33:21
  34:25
**diagnosis** 34:15
**different** 17:21
  24:22 33:23
**difficult** 28:1 44:22
  45:1
**difficulty** 18:2 29:7
**direct** 31:20
**directed** 41:17
**directly** 31:17
**discovered** 18:18
  32:1
**discuss** 8:15
**discussed** 40:24
**discussion** 36:21
  53:25 54:12
  55:21
**Disney** 12:11,23
**disorder** 31:4
**disorders** 32:17,17
**distribution** 4:15
**DISTRICT** 1:1,1,8
**doctor** 26:24 29:17
  30:6,18 31:7,10
  31:12 32:4 33:2
  33:13 35:8 37:18
**doctors** 33:23
**document** 45:13
**documents** 8:15
  46:25 47:6
**Dohme** 17:15,21
**doing** 6:4 13:10
  14:24 18:6,24

19:12
**dollar** 15:19
**dollars** 15:3
**Donald** 6:23
**dose** 26:19
**doses** 25:12
**doubt** 45:11
**dove** 36:17
**downstairs** 42:8
**downturn** 13:11
**Dr** 32:6
**drank** 22:12 23:7,8
**drink** 23:13
**drinking** 22:17,19
**drive** 32:18
**driving** 37:9
**drug** 21:24,25 22:4
**drugs** 22:5 23:4
**due** 18:2 26:20
**D.O** 31:12

---
#### E
**E** 2:1,10 57:1
**eager** 20:8
**earlier** 54:12
**early** 13:24 36:14
**earned** 15:9
**EASTERN** 1:1
**economy** 13:12
**effect** 25:1 27:22
**effective** 27:10
**effort** 26:24
**eight** 41:12
**either** 36:8
**elaborate** 16:6
**elected** 22:22
**electronic** 1:20
  41:3 57:5
**Electronics** 14:2
**elements** 7:11
**Emily** 3:10
**employee** 12:13,14
  17:14
**employees** 18:11
  21:4
**employment** 12:12

17:9 20:17
**encouragement**
  13:21
**ended** 17:12 20:4
**energy** 19:19 26:10
  26:15 28:1 32:18
  36:23
**engage** 4:13
**engaged** 17:9
**English** 21:8,15,17
**enthusiasm** 36:23
**entice** 4:12
**entirely** 22:18
**entree** 12:12
**equally** 28:6
**equivalent** 11:16
**era** 10:1
**escapes** 34:8
**ESQUIRE** 1:13
**ESR** 1:17
**essentially** 23:3
**Evans** 3:10,11
**evening** 25:21
**eventually** 55:17
**everybody** 4:1
**evidence** 7:15 37:1
  41:3,3,4,4 42:21
  43:21 44:16
  49:15
**evidently** 27:25
**evil** 22:15
**evolved** 11:14
**exacerbating**
  22:13
**exactly** 11:16
**exceedingly** 45:1
**excused** 56:4
**executive** 14:3
**Exelon** 18:5,7
  19:11,18
**exercise** 48:25 49:2
  53:15
**experimental**
  26:24
**exploitation** 5:4
**expose** 43:23

**extent** 33:9

---
#### F
**F** 6:24 8:19 57:1
**facilitate** 15:14
**facility** 4:12 33:24
**facing** 46:22
**fact** 29:4 34:16
  35:19 39:21
  40:11
**faculty** 11:13
**failure** 19:17
**fair** 20:19
**falls** 28:25
**false** 7:24
**family** 13:21 29:6
**family's** 49:21,22
  50:3
**far** 9:7 10:17 28:21
**Fast-forward** 11:1
**Federal** 33:25
**feel** 27:3,12 28:5
  28:13 39:24
  41:19,21 43:4,6
  43:10 49:22
  54:17
**feeling** 38:21
**feelings** 26:3
**fellow** 15:12
**felt** 35:19 42:17
  45:2,3
**finality** 55:25
**finally** 20:7
**find** 8:13 18:3
  22:10
**finding** 19:21
**fine** 28:15 48:6
  52:5
**first** 12:25 17:4
  34:11 35:17
**five** 5:4 22:10 48:4
**Florida** 9:18 13:20
**focus** 29:23 30:25
  32:17 36:22
**followed** 9:20
**following** 12:7

16:4 41:15
**force** 45:9 53:1
**forced** 45:2
**Ford** 14:2
**foregoing** 57:4
**foreseeable** 48:15
**forgive** 28:24
**form** 7:23 41:20
  53:2
**forthcoming** 50:18
**forward** 11:15
  46:19
**found** 11:6 22:14
  22:24
**four** 12:17
**frames** 29:1
**Frank** 6:24
**frankly** 36:24
  45:18 55:10
**free** 32:10,14
**freeze** 13:12
**Friday** 41:14
**friend** 19:22
**friends** 29:7,13,13
**fringe** 40:2
**front** 4:1 5:16,22
  6:7 45:13 47:8
**fruition** 10:11
**full** 6:21 8:19
  43:12
**full-time** 17:14
**fundamental** 45:9
**funds** 15:7
**further** 16:6 54:16
**future** 48:14,15

---
#### G
**gather** 21:7 34:14
**geez** 10:2
**general** 26:16 30:6
  31:11 35:23
  37:18
**generous** 43:11
**getting** 17:12
**give** 5:24 6:6 8:8
  21:20 44:5 45:19

49:12 50:9,12
51:10,25 52:16
52:20 53:22
54:15,20
**given** 26:19,25
30:20 41:12,15
**giving** 43:5 45:8
**go** 9:7 23:19 31:20
37:22 42:3 45:5
46:18 50:4,17
52:19,21 53:5,6,7
55:22
**goal** 18:19
**goals** 17:24
**going** 4:2 6:2,10,11
7:2 20:10 29:18
38:7 44:11,17,21
44:25 46:21 48:8
50:14 51:5,10,24
52:14 53:12,21
53:22,23
**good** 3:7,8,11,13
3:19,23 14:6 18:4
29:13 38:24 46:5
**government** 7:15
8:16 44:14 45:10
45:23 49:11,14
49:15 55:3
**government's** 5:13
6:1 38:15 40:16
41:2 43:21,21
47:5,13 55:2,2
**grade** 36:13
**grades** 36:22
**granted** 51:22
**grasp** 34:3
**gray** 28:25
**grocery** 13:15
**guess** 12:17 15:12
25:22 26:5 30:23
31:13 41:11 53:7
**guidance** 35:24
**guidelines** 55:12
**guides** 12:19,19
**guilty** 1:7 4:21
5:13,25 7:7,14

8:13 41:20,24
42:7 43:17 44:14
44:21,22 45:4,4
47:3,3,4,4,7,10
49:17 50:5,23
51:2,16 52:15,20
54:6,18,23 55:11

---

**H**

**H** 2:10
**half** 13:7 39:9
**hand** 6:16
**handling** 15:2
**happens** 39:6
**happy** 43:18 44:5
45:18 50:12
**hard** 42:14 52:13
**harm** 54:19
**harmful** 22:25
**hazard** 25:22
**head** 34:7,9
**health** 35:13 38:3
39:18,18
**healthy** 38:25
**hear** 20:15
**heard** 34:14,15,20
34:21
**HEARING** 1:7
**help** 15:14 18:9,17
25:3,5 26:14
27:23 30:25 36:2
**helps** 26:2
**hesitating** 51:12
**high** 36:14 37:6,16
55:6
**hired** 17:13
**hiring** 13:12
**history** 20:17 24:8
**Hm-mmm** 35:3
**Hold** 16:14 24:18
36:19
**Honor** 3:7,12,16
3:24 5:8,10 7:5
7:17,21 8:1,5,11
8:17,22 9:22
14:23 16:17,23

19:9 20:25 21:9
21:22 22:4,10
23:16,18,22
24:14,20 25:15
27:4,10,17 34:18
35:9,16 36:7
37:20 38:9,12,18
38:23 39:16,20
40:3,6,9,14 41:7
41:11 42:12,15
44:19,24 45:6,15
45:21 46:7,19
47:11,22 48:1,11
48:22 49:8 50:7
51:8,23 52:25
53:10 54:5 55:7
55:14
**HONORABLE**
1:7
**honoring** 49:7
**hope** 36:21
**hopelessness** 26:4
**hospitalized** 35:12
36:11
**hourly** 12:14,19
19:3,3,25
**hours** 10:20 22:16
28:9
**household** 20:1
**human** 11:20,21
**hundreds** 18:10

---

**I**

**ID** 2:11
**ideation** 27:6
**ideations** 26:6
**illness** 30:13 35:5
36:9,11
**illnesses** 29:6 36:5
**images** 4:7
**immediately** 18:24
19:1 30:23 31:21
**impact** 24:19
**impacting** 39:15
39:17
**impacts** 38:8

**implementation**
15:15
**implementations**
17:16
**implemented**
17:18 18:15
**implementing**
15:17
**important** 45:8
**imprisonment**
48:3,4
**improve** 18:17
**inability** 26:10
**Inasmuch** 27:20
**incarceration** 40:2
**includes** 3:25
**income** 19:25
**incumbent** 52:15
54:14
**independent** 7:14
**indicated** 12:5
28:16
**indicted** 4:6
**indictment** 4:21
7:7,8
**indiscernible**
13:19 34:22
**inducing** 4:6
**information** 8:14
27:1
**infringe** 52:23
**inhaler** 24:17
**Initially** 11:25
**initiated** 11:6
**inpatient** 23:20
**input** 49:22
**instruction** 21:20
**instructions** 21:1
**intends** 4:21
**intent** 12:14 17:12
54:10
**intern** 12:10,12
**Internet** 10:5
**interstate** 4:12
**introduce** 49:16
**introspective**

23:22
**investigation** 40:18
**Isenberg** 1:13,14
3:15,16,19,21
5:10,15,18,21 6:5
6:9 8:8 47:16
52:2,6
**issues** 19:19 22:1,4
22:8 28:23 35:13
38:20

---

**J**

**jail** 39:2 48:15
**January** 4:5
**job** 9:17 12:9 13:14
14:6,13,25 17:9
19:10
**jobs** 12:19
**JUAN** 1:7
**Judge** 1:8 5:15,18
5:19 6:5,9 45:1
47:17,18 52:3,6
**Judi** 1:18 57:3,14
**jury** 42:10 44:15
45:9,18,19,24
49:3,12,16 50:15
51:3,5,20 52:21
53:16 54:3 55:5

---

**K**

**Kelly** 1:17 6:12
52:3,5
**kind** 12:7 17:8
27:1 29:18 31:9
**knew** 50:13,18
**know** 7:4,22 8:3,8
9:7 11:12 12:12
13:20 15:2,4,6,10
16:10,18 19:14
19:16,17 20:1,3,7
21:23 22:11,14
22:18 23:9,11,11
23:25 25:23 26:7
26:11,20 27:9,14
28:11 29:4,5,10
30:7,19,21,22

31:1,15,19 32:17
32:19 36:16,24
38:10,11 40:16
40:19,23 41:23
41:23,24 42:24
43:2,9,16 44:3,4
45:3 49:22 51:15
52:18 54:8 55:17
**knowing** 46:5
**Krapf** 1:5 3:3,22
4:3,5 6:7,11,14
6:24 7:2 8:19,19
46:14 49:23
**K-r-a-p** 6:24

**L**

**lack** 32:17,18,18
32:19
**laid** 14:18
**land** 14:5
**landed** 14:13
**language** 21:8,11
21:16,18,19
**languished** 19:20
**Lansdale** 14:2,3
**large** 15:14 38:22
**lasted** 22:16
**lastly** 5:2
**late** 13:24 22:13
36:13 46:2,3
**law** 1:14 40:5
**lawyer** 8:16 38:14
40:12 41:1,5,7
45:2,24 49:13
50:9 51:17 53:4
**lawyers** 51:19
**lawyer's** 50:1
**lead** 17:20
**Leadership** 21:3
**learn** 26:6
**learned** 18:13
**leaving** 12:7
**led** 20:24
**left** 17:7
**legal** 8:19
**length** 31:2

**let's** 10:12,12
25:16,25 46:21
**level** 26:10,15 28:1
**lie** 7:22
**lies** 7:23
**life** 42:24 45:15
48:2,9
**lifetime** 48:5
**likelihood** 13:19
**lines** 27:7 35:15
**listed** 50:14
**little** 4:2 9:7 10:13
12:6 16:8 18:3
20:11,14,15
21:23 24:11
25:12 27:2 28:20
29:19,21 40:10
51:13 54:15
55:11
**live** 42:24
**local** 13:15
**long** 13:5 14:16
19:5 33:1,6 42:13
51:5 52:13
**longstanding**
12:20
**look** 38:24,25 43:6
45:12 46:21,24
47:9,12
**looking** 45:14,17
48:2
**lose** 39:4,21
**losses** 26:15
**lost** 9:16,20 11:23
39:1
**lot** 17:1 26:3 27:1
36:15
**lying** 43:24

**M**

**main** 21:8,15,17
**maintain** 18:12
19:25 20:1
**making** 15:20
22:21 27:3,12
**Malsch** 32:6,7

**management**
11:20,22 12:15
13:13,13,17 17:2
**manager** 13:16
15:12
**mandatory** 48:3,4
**manifested** 36:17
**marked** 2:10,12
**Market** 1:24
**Martin** 1:13,14
3:15
**materials** 9:20
**matter** 3:2 57:7
**Matthew** 1:5 3:3
4:5 6:23 8:19
**maximum** 7:12
**McCallion** 14:1
**MCCF** 34:8,9
**mean** 25:15 27:9
31:18 38:2
**means** 10:5
**medical** 26:7 28:4
**medicated** 26:12
26:22 28:17
**medication** 24:12
26:21 28:18,22
30:2 33:4 38:6
**medications** 24:23
**medicine** 28:17
**meeting** 41:11
**memorandum** 6:1
**mental** 30:13
35:13 36:5,9,11
38:3
**mentioned** 29:12
**Merck** 17:14,21
**met** 17:23 41:10
**Michelle** 1:10 3:6
**michelle.rotella...**
1:12
**microphone** 20:11
**MID-ATLANTIC**
1:23
**mild** 25:1 27:22
**mildly** 26:23
**milligrams** 25:23

**million** 48:6
**millions** 15:3
**mine** 19:22
**minimum** 48:3
**minor** 4:13 5:5
**minute** 16:14
24:18
**minutes** 7:3 51:10
51:25
**misenbergesq@...**
1:16
**missed** 15:10
**mitigate** 26:3,15
**moment** 39:12,13
**Monday** 41:15,17
**Montgomery**
13:23 33:24
**months** 13:25
18:21 19:9,24
20:6 23:12 31:23
33:5 36:14,20
37:4 39:22
**morning** 3:7,8,11
3:13,17,19,23
46:10
**move** 9:21 11:15
20:11,14
**moved** 9:17 13:15
13:21
**multimillion** 15:19

**N**

**N** 2:1 57:1
**name** 6:21,21 8:19
32:5 34:8,10
**names** 8:24
**NATIONAL** 1:23
**nature** 7:10 22:18
25:2 35:21
**need** 7:8,13 8:7,13
20:13 21:23 43:7
**needed** 10:22
41:16
**needs** 4:1
**negative** 23:9
**never** 9:12,12

15:10 22:3,18
24:3,4 34:19,22
34:23 35:7,12
36:8 40:6 43:11
47:24
**new** 9:21 17:5 18:9
18:11 26:20
**Nice** 3:16,18,20
**night** 27:23 28:2
28:10 46:3 48:18
**nine** 14:18 33:5
**nonjury** 52:22
**Norristown** 31:13
**notebooks** 9:16
**noticed** 22:20 23:8
**noticing** 23:12
**November** 57:14
**number** 2:11 3:4
7:9,9 12:18 19:23

**O**

**O** 57:1
**obligation** 7:19
**Obviously** 27:3
**October** 1:5
**offend** 49:2
**offender** 48:9
**offense** 7:12
**offer** 23:6
**offered** 43:14
**OFFICE** 1:10,14
**offices** 14:3
**oftentimes** 22:12
**oh** 5:18 10:2 14:12
16:9 23:21 33:3
**okay** 6:8 8:16 10:7
13:2 15:25 16:9
19:10 23:13 24:7
24:21 25:11
30:15 31:3 33:8
38:21 39:3 51:24
54:3 56:4
**old** 9:1 37:5
**Olsen** 1:18 57:3,14
**once** 25:18,20
44:20 50:17

**onerous** 43:2
**operation** 15:19
**OPERATOR** 1:17
**opportunity** 8:9
   11:8 38:17 40:11
   40:14 43:19,25
   49:13 54:20
**option** 42:18
**options** 38:15
   42:14 52:17
**Oracle** 15:17
**organization** 15:14
**original** 5:19,25
**Orlando** 12:11
**osteopathy** 31:13
**outpatient** 23:20
**overage** 43:8
**overnight** 52:16
   53:22
**overuse** 22:9
**over-accept** 46:11
**owns** 19:22
**o'clock** 53:24
   54:19 55:21

**P**
**PA** 1:3,11,15,24
**package** 18:14,16
**page** 2:2 47:2,3,4
   47:10,13
**panel** 42:8,9 51:4
   53:19,20,20,21
   55:22
**parents** 13:21
   36:24 46:10 53:5
**parole** 40:8
**part** 15:20 20:23
   26:20 43:9
**partake** 24:2
**parties** 18:19
**passable** 21:12
**Pat** 56:5
**Patrick** 1:17 6:12
**penalties** 7:12
   46:22
**pending** 7:10

**Penn** 1:14
**PENNSYLVAN...**
   1:1
**people** 20:23,24
   21:20 25:3 43:23
   51:4
**people's** 28:1
**period** 23:5 26:21
   26:23
**periods** 14:8
**perjury** 7:24
**person** 32:11 46:9
**Peter** 6:24
**Philadelphia** 1:3
   1:11,15,24
**physical** 39:18
   41:3
**physically** 38:20
**pick** 42:9 44:15
   51:3,5 54:2 55:5
**picking** 50:14
**piece** 49:15
**pin** 10:12 32:21
**place** 12:25
**placed** 17:14
**Plaintiff** 1:3,10
**Plaza** 1:14
**plea** 1:7 5:13,14,25
   6:1 8:13 41:9,13
   41:18 43:4 44:14
   44:23 46:19 47:3
   47:4,5,8,10,13
   50:17,23 52:15
   54:18 55:11,25
**plead** 4:21 7:7,14
   41:20,24 42:7
   43:17 44:20 45:4
   50:5 51:2 52:20
   54:5,23
**pleading** 45:4
   51:16
**please** 6:15,20,22
   28:24 54:4
**Poconos** 19:24
**point** 8:2 11:5 18:1
**polarizing** 40:22

**pornography** 4:7
   4:16,18
**portion** 46:5,6
**posited** 36:25
**position** 17:1,25
   18:4 19:21
**positivity** 32:19
**possession** 4:17
**possible** 11:7
**possibly** 37:16
**potential** 46:22
**potentially** 45:14
   45:14 46:21
   55:12
**pounds** 39:6,7,12
   39:22
**powerful** 43:23
**practice** 17:11
**practitioner** 30:6
   31:12 35:24
**prefer** 28:7
**preferable** 42:18
**prejudiced** 43:24
**prepared** 44:1
   54:5 55:3
**prescribed** 30:23
**prescription** 24:12
**present** 18:23
**presented** 8:16
**preserve** 43:20
**preserves** 42:19
**pressured** 41:20
   41:22
**pretrial** 41:11
**pretty** 38:24,25
   43:25 47:21
   48:13,13
**pre-existing** 15:18
**pre-Internet** 9:22
**primary** 21:5,6
**prison** 37:22
**private** 17:11
**privately** 52:1
**privileges** 49:8
**probably** 11:16
   24:1 33:4 48:9

   51:7,18
**probation** 40:8
**problem** 22:21
   23:24 24:6 49:11
   49:11 51:11
   53:14
**problems** 21:25,25
   33:16
**proceed** 44:1,15
   52:14
**proceeding** 7:3
   56:8
**proceedings** 1:20
   10:4 45:23 51:18
   52:16 57:6
**process** 15:15
**processes** 18:10,11
   18:12,16
**procurement** 14:4
**produce** 4:7
**produced** 1:21
**Professional** 57:3
**professionally**
   34:3
**professionals** 26:7
   28:4 38:4
**profound** 40:22
   42:24
**program** 12:16
   13:13 23:20,20
**programs** 20:22
**promise** 53:2
**prompt** 41:16
**prosecution** 7:24
**protected** 53:15
**prove** 45:10
**provided** 31:19
**psychiatrist** 24:4
   30:1,10 33:14
   34:8 36:4,10
**psychiatrists** 24:9
**psychologist** 24:4
   30:1,8 33:14 34:9
   36:4,10,15 37:3,6
   37:15
**psychologists** 24:9

**purports** 27:23
**purpose** 54:9
**put** 21:14
**p.m** 52:11 56:9

**Q**
**quarter** 15:8,9
**question** 8:7
**questions** 6:13
   7:20 8:3 51:14
**quite** 34:3 45:18
   51:12 55:10

**R**
**R** 1:7 57:1
**raise** 6:15 27:25
**raised** 13:22 42:23
**rambling** 29:21
**rarely** 23:7
**reach** 10:3 11:11
   31:21
**reached** 20:8 35:24
**reaching** 15:4
**read** 29:9
**ready** 42:9 44:14
   52:3
**reality** 23:13
**realized** 22:12 29:8
**really** 21:18 22:23
   44:21,22 45:8
   54:22
**reason** 32:16
**reasonable** 45:11
**reassertion** 49:6
**receivables** 15:3
**recess** 52:10
**recognized** 15:12
   23:23
**recognizes** 3:5,14
**recommendation**
   28:3
**recommendations**
   30:18 31:19
   49:21
**record** 6:3,6,21
   53:25 54:22

**recorded** 1:20
**recording** 1:20
**recordings** 57:6
**recruited** 15:13
**refer** 31:14
**reference** 29:1
**regard** 31:4
**regarding** 35:19
**regards** 38:20
**REGION** 1:23
**Registered** 57:3
**registering** 48:8,8
**regulatory** 18:17
**relating** 33:14
**relationship** 17:23
**relatively** 26:20
**release** 48:5,5
**renew** 19:17
**repeat** 53:12
**rephrase** 8:4
**replacement** 31:25
**report** 52:2,4
**Reporter** 57:4
**REPORTING**
   1:23
**reservation** 42:8
**reservations** 42:6
   44:12 54:13
**resource** 11:20,22
**respect** 48:24 49:7
**respecting** 53:14
**responsibilities**
   16:19
**responsibility** 17:1
   43:3,7 46:11
**rest** 48:9
**rested** 28:13
**resume** 10:6 16:8
   21:14
**resumed** 12:9
**retail** 19:3
**retaken** 9:25
**retirement** 14:3
**return** 15:7
**revelation** 29:3
**review** 6:7 42:20

**reviewed** 41:1
**re-up** 19:17
**right** 5:11,17,20
   6:16 7:1 8:20
   9:23 11:18,22
   12:2,3 14:15
   16:21 17:3,6
   20:16 21:2,8,21
   23:1 24:3,10 25:4
   25:8,24 26:25
   27:11,15 29:14
   32:8,20 33:18,22
   35:23 36:1,11
   37:11,14,25
   38:19,25 39:7,14
   39:15,25 40:4,18
   40:25 41:5,25
   42:2,5 44:5 45:7
   45:9,23 47:9,23
   47:24 48:20
   49:18 50:8,11,15
   51:9,18,20 52:19
   52:21,23 53:7,11
   53:14,15 54:2,11
   55:1,1,13,16,19
   56:2
**rights** 5:14 6:2
   42:20 43:6,20
   46:4 48:20 49:1,1
   49:3,8 52:22
   54:25
**rise** 52:8 56:6
**risk** 13:14
**role** 13:16,17 15:11
   17:5 19:3,4 21:6
**roles** 21:6 26:12
**roll** 18:9
**rollout** 15:21
**Rotella** 1:10 3:6,7
   3:9 5:7,8,19,24
   6:6
**roughly** 18:22
**RPR** 1:18 57:14
**running** 17:15

_____
   **S**

**S** 2:10
**salaried** 13:13
**salary** 12:15
**SANCHEZ** 1:7
**sat** 31:2
**satisfied** 7:8,13
**saw** 24:4 33:3
   35:18 37:6,15
**school** 9:8 12:2,7
   36:14,14 37:6,16
**scope** 33:9
**search** 26:12
**season** 20:3
**seasonal** 20:4
**seated** 3:9 7:2
**second** 13:14
**Section** 4:9,9,10,14
   4:16,18,23,24,25
   5:2,3
**sedative** 25:2
   27:22
**see** 3:16,20 29:16
   30:15 33:1 36:3
   36:13 37:3 47:2,5
**seeks** 49:15
**seen** 24:9 29:8
   33:13 35:4 36:10
   37:1 42:22
**selection** 45:25
**semester** 10:22
**semesters** 10:17
**semester's** 10:21
**senior** 37:16
**serious** 40:12
   45:17 47:21
   48:13
**service** 1:21 13:16
   13:17
**seven** 29:2,24
   32:23 33:7 35:22
   37:18
**severe** 19:15
**sex** 32:18 48:9
**sexual** 4:13 5:4
**shape** 7:23 41:20
   53:2

**Sharp** 17:14,21
**shirk** 46:11
**short** 14:17 26:23
**sic** 4:9,10
**side** 25:1
**sign** 41:18
**signed** 41:9 50:17
**similar** 18:8 24:25
   27:21
**sir** 8:21 14:22
   15:24 16:22 18:8
   23:16 34:17 37:9
   37:19 48:22
**situation** 22:21
**six** 13:25 19:9
   22:10 29:2,23
   31:23 32:23 33:5
   33:7 35:22 37:18
**sketch** 16:8
**sketched** 20:16
**sketching** 16:18
**sleep** 25:3,5 27:23
   28:2,6,12
**sleeping** 28:8
**small** 15:13
**snafus** 9:15
**social** 22:18
**socializing** 22:17
**software** 15:15
   17:16,17 18:12
   18:13 20:22 21:5
**softwares** 18:10
**Solely** 25:10
**solicit** 15:7
**solo** 22:19
**solution** 27:10
**sorry** 4:14 14:9
   29:20 45:2
**sort** 20:16 29:2
**sought** 17:25
**sound** 1:20 57:5
**soundly** 28:2
**Spanish** 21:13
**speak** 8:7 9:3
   20:18 21:10
**special** 3:10,11

   48:6
**specializes** 36:4
**specifically** 27:19
**spell** 6:21
**spelled** 6:24
**spent** 31:23
**spiral** 22:15
**staff** 17:19,20
**Staffing** 14:1
**staggering** 55:15
**stagnation** 13:14
**stakes** 55:6
**started** 12:10 15:1
   23:3
**state** 6:20 19:2
**statement** 16:25
**statements** 7:24
   43:13 54:14
**States** 1:1,2,8 3:3,6
**statistically** 32:13
**stay** 22:23
**stop** 45:22 51:17
   52:16
**stopped** 23:14
**store** 15:13
**street** 1:11,24 25:3
   28:4
**strength** 49:20
**studies** 12:5
**study** 10:8
**stuff** 43:16
**substantial** 40:21
**successful** 13:20
   15:8
**sufficient** 18:14
**sufficiently** 28:14
**suicidal** 26:4 27:6
**Suite** 1:11,14,24
**supervised** 48:4,5
**supervision** 40:8
**support** 7:15 43:12
**supported** 21:5
**supporting** 17:16
**sure** 6:3 44:1 50:16
   54:21,21 55:8
**surely** 30:21

**surprising** 40:2
**swear** 6:12
**sworn** 6:11,18 7:18
**symptomatic**
 29:10 30:22 31:3
 31:6
**symptoms** 32:1
 36:16
**Syracuse** 9:11,13
 10:4,14
**system** 32:11
**systematic** 15:15
**systems** 17:17

**T**

**T** 2:10 57:1,1
**take** 8:12 9:17
 25:16,25 43:7
 44:13 46:24 47:9
 47:12 51:21
 52:14 54:18
**talk** 16:15 24:10
 31:15 37:17
 38:14 40:12
 45:23,24 51:17
 51:19 52:1
**talked** 31:2 35:20
 40:15 41:1,4,6
 55:11
**talking** 40:10
 46:16
**tall** 39:8
**tangent** 29:19
**target** 15:10 17:24
**teach** 18:15
**teaching** 12:21
**team** 15:21 17:18
 20:23 21:4
**technical** 10:5
**teenage** 5:5
**teetotaling** 23:3
**television** 29:9
**tell** 9:6 12:6 25:12
 28:20 32:5 34:6
 44:9 45:1 48:17
 51:2 54:11

**telling** 48:18 53:4,6
**temp** 14:1
**ten** 4:6,11,22 11:5
 14:18 16:12
 18:20 39:7
**term** 48:3
**terms** 13:16 32:14
 41:2 48:14
**tested** 32:2,9
**Testim** 31:24
**testimonial** 41:3
**testimony** 43:13
**testosterone** 31:25
 32:11,14
**Thank** 5:15 6:9,25
 47:19 51:22 52:7
**thanks** 10:5
**therapy** 31:25
 36:21
**thereabout** 16:21
**thing** 53:5,6
**things** 9:16 35:21
 38:18
**think** 3:25 5:18
 10:19 18:5 22:8
 34:10 36:17 38:8
 41:12 44:3,7
 51:10,11,16
 52:15,16 53:22
 54:14,15 55:10
 56:2
**thinking** 48:19
**third** 16:2
**thought** 42:13 46:3
 52:13
**thoughts** 23:9 26:5
 26:8 27:6,9 48:21
**threaten** 53:2
**threatened** 45:3
**three** 4:15 8:15
 10:2,3,3 11:1,11
 12:17,18 17:15
 17:22 46:24
 53:24 54:18
 55:20
**throes** 19:14

**time** 8:2,6 11:9
 13:10,18 14:7
 16:15 17:7 18:1
 19:7,13 23:5
 26:13,24 29:1,13
 32:12 33:10,12
 34:12 35:17
 37:15,17,22
 40:20 44:8,10,11
 44:11,13,17
 45:17 51:21
 54:15
**times** 25:19 42:18
**Title** 4:8,10,14,16
 4:18,23,25 5:1,3
**today** 6:4 9:1,2
 11:1 37:12 38:7
 48:13,17,18
 50:14,15,21
 52:14 53:25
**told** 31:5 47:23
 50:20
**tomorrow** 53:23
 54:17,18 55:4,20
 55:25 56:1
**tool** 43:23
**tour** 12:19,19
**traditionally** 25:2
**train** 18:10
**trained** 13:3
**trainer** 13:1,3,6
**trainers** 12:20
**training** 12:21
 17:15 21:4
**TRANSCRIBER**
 1:18
**transcript** 1:7,21
 57:5
**transcription** 1:21
**transition** 15:21
**transitioned** 17:5
**trazodone** 24:24
 25:4 26:14 27:18
 38:6
**treated** 35:2 36:9
**treating** 36:5

**treatment** 30:2
**trial** 37:23 42:3,16
 43:18,20 44:5,6
 45:5,9,18,19 49:3
 49:12 50:5,10,11
 50:14,20 52:19
 52:21 53:5,6,8,16
 54:1,2 55:23
**tricky** 28:11
**tried** 11:2 55:18
**triggered** 19:9
**tripped** 19:9
**trouble** 40:5 47:24
**troubles** 43:5,6
**true** 45:9 57:5
**truthfully** 7:20
**try** 8:4 10:4 11:2
 15:6 32:20 46:12
 49:10 53:13
**trying** 34:9
**two** 1:14 7:9 10:3
 11:10 13:7 15:11
 17:4 24:22 29:12
 30:19 41:10 47:6
 50:17,20
**type** 19:11 33:13
 35:4 40:7

**U**

**ultimately** 54:2
 55:21
**Um-hmm** 50:25
**uncomfortable**
 51:15
**unconventional**
 26:8
**understand** 4:4 5:6
 7:6,10,11,16,19
 7:25 8:3 11:12
 16:20 24:19,25
 26:19 27:25 34:4
 35:18 36:18 38:8
 39:15 40:23
 41:15 42:11
 43:17 44:17,23
 45:5,20 46:20,23

 47:20 48:10,15
 48:16,23 49:4,19
 50:6 51:6 52:24
 53:8,17 55:13
**understanding**
 4:20
**understands** 6:4
**Unisys** 14:6,6,8,25
 15:4,16,22,23
 16:4,6,13,20 17:7
 17:4,16,22,23
**United** 1:1,2,8 3:2
 3:6
**university** 9:11,13
 10:14 11:2
**unnatural** 26:8
**unresponsive**
 51:14
**unusual** 32:11
**use** 4:12 18:14
 21:19 23:24 34:2
**uselessness** 26:4
**utmost** 48:24
**U.S** 1:10 41:16

**V**

**vacillation** 39:6
**vendors** 15:5
**VERITEXT** 1:23
**versus** 3:3
**violation** 4:8,13,16
 4:18,23,25 5:1,3
**VIP** 12:19
**vs** 1:4

**W**

**wait** 39:7,7,7
**waiting** 53:19
**Walt** 12:10,22
**want** 16:5,7 27:1
 29:23 32:20 42:2
 42:7,16 43:16,16
 44:3,6 45:4,17,22
 46:24 48:23 49:2
 50:10 51:1,9,16
 52:2 53:5,6 54:1
 54:23 55:8,10,22

wanted 18:14 45:5
wasn't 11:8 20:5
　23:7 26:12 50:16
　54:21
way 7:23 8:18 9:9
　12:15 34:1 39:18
　41:20 53:2 54:17
　55:16
ways 11:15
weakness 23:24
Wednesday 51:4
　51:19 53:20,21
　54:3 55:4,22
week 45:25 46:1
　51:20
weekends 23:12
weekly 36:21
weeks 41:8 50:17
　50:20
weigh 39:10
weight 39:1,3
Wellbutrin 24:23
　24:25 25:9,17,25
　26:14 27:2,12,21
　27:24 30:24
　31:24 38:6
went 9:9 12:6,13
　17:10 18:13
　29:16 30:5
we'll 24:10 51:4,4
　51:20 53:24 54:2
　55:21,25
we're 26:21 47:16
　49:4 52:3 53:16
whatsoever 42:6
Whilst 15:11
wholly 27:9
willing 20:9
winnable 46:6
wire 41:4
wish 39:21 40:20
withdraw 44:22
witness 21:17
　25:18 49:14
witnesses 43:22
　44:16 55:2

word 26:5
words 34:2
work 9:15 10:21
　12:6,8 13:6 14:1
　18:8 19:11,25
　20:4,4 21:20,21
　26:12
working 12:15,18
　14:1,8,11 16:20
　17:19 19:2 20:5
　20:21 47:16
world 12:11 50:10
worse 22:22
worth 10:21 15:3
wouldn't 21:13
Wow 34:7
wrong 24:2
W-2 17:13

**X**

X 2:1,10

**Y**

Y 1:18 57:3,14
yeah 11:4 12:3
　13:1 23:15 24:9
　27:13,16 28:19
　32:22 33:11 34:1
　37:19 38:11
　40:17,17,19
　45:16 47:1,18
　50:18 55:14
year 13:7 16:2,3
　18:3,20 19:21
　37:6
years 9:4,19 10:3
　11:1,5,10 12:17
　12:18 13:8 14:18
　14:18 15:11,19
　16:12 17:4,15,22
　22:11,23 29:2,24
　32:13,23 33:4,7
　35:22 37:11,18
　48:4
York 9:21
younger 36:16

**Z**

zero 32:10

**$**

$2,400 48:6
$6 48:5

**1**

1 4:22
10 4:22 39:5
100 25:23
1040 1:14
11 4:24 10:19
11:05 1:6
11:54 52:11
12:20 52:11
12:24 56:9
1250 1:11
13 39:12,22
14-469 3:4
15 39:5 51:10,25
15-year 48:3
16 37:10
18 4:8,14,16,18,23
　4:25 5:1,3 37:10
1800 1:24
1801 1:24
19102 1:15
19103 1:24
19106 1:11
195 39:11
1993 10:15,16,16
　20:17
1996 14:17

**2**

2 4:10,10,24 47:4
2:14-cr-00036-J...
　1:2
20 4:25
2005 14:21
2006 16:21 17:7
2010 18:23,23
2014 1:5 4:5 57:14
21 5:1
215 1:12,15

22 4:14
22(b) 4:14
2251(a) 4:23
2251(a)(1) 4:9
2251(e) 4:9,24
2252(a)(2) 4:17 5:2
2252(a)(4)(B) 4:19
　5:3
23 4:5 5:1
24 5:2 28:9
24(a) 4:14
2422(b) 4:25
27 1:5

**3**

3 2:3 47:2,3,10,13
30 45:16
38 32:12
39 32:12

**4**

4 47:13
40 7:2,2
44 9:2,3,4 37:11

**5**

5 39:9 57:14
574-2010 1:15

**6**

615 1:11

**7**

75 25:22 32:13
777-6690 1:25

**8**

861-8471 1:12
888 1:25

**9**

9 39:9
90 13:23
93 10:25 11:23
　12:4
95 13:24
96 13:24 14:20

16:21